# United States Bankruptcy Court
## Northern District of California

In re    **Daniel Seely,**
        **Julie Seely**

Case No.    __14-51781__

Debtors       ,

Chapter             **13**

# SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors must also complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | Yes | 1 | 0.00 | | |
| B - Personal Property | Yes | 4 | 13,592.00 | | |
| C - Property Claimed as Exempt | Yes | 2 | | | |
| D - Creditors Holding Secured Claims | Yes | 1 | | 0.00 | |
| E - Creditors Holding Unsecured Priority Claims   (Total of Claims on Schedule E) | Yes | 2 | | 110,458.76 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 37 | | 153,940.06 | |
| G - Executory Contracts and Unexpired Leases | Yes | 1 | | | |
| H - Codebtors | Yes | 1 | | | |
| I - Current Income of Individual Debtor(s) | Yes | 2 | | | 7,210.02 |
| J - Current Expenditures of Individual Debtor(s) | Yes | 2 | | | 7,059.75 |
| Total Number of Sheets of ALL Schedules | | 53 | | | |
| Total Assets | | | 13,592.00 | | |
| Total Liabilities | | | | 264,398.82 | |

Software Copyright (c) 1996-2013 - Best Case, LLC - www.bestcase.com      Best Case Bankruptcy

# United States Bankruptcy Court
## Northern District of California

| | | |
|---|---|---|
| In re | **Daniel Seely,** | Case No. **14-51781** |
| | **Julie Seely** | |
| | Debtors , | Chapter **13** |

# STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C. § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C.§ 101(8)), filing a case under chapter 7, 11 or 13, you must report all information requested below.

☐ Check this box if you are an individual debtor whose debts are NOT primarily consumer debts. You are not required to report any information here.

**This information is for statistical purposes only under 28 U.S.C. § 159.**

**Summarize the following types of liabilities, as reported in the Schedules, and total them.**

| Type of Liability | Amount |
|---|---|
| Domestic Support Obligations (from Schedule E) | 0.00 |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) | 110,458.76 |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) (whether disputed or undisputed) | 0.00 |
| Student Loan Obligations (from Schedule F) | 0.00 |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E | 0.00 |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations (from Schedule F) | 0.00 |
| TOTAL | 110,458.76 |

**State the following:**

| | |
|---|---|
| Average Income (from Schedule I, Line 12) | 7,210.02 |
| Average Expenses (from Schedule J, Line 22) | 7,059.75 |
| Current Monthly Income (from Form 22A Line 12; OR, Form 22B Line 11; OR, Form 22C Line 20 ) | 8,763.58 |

**State the following:**

| | | |
|---|---|---|
| 1. Total from Schedule D, "UNSECURED PORTION, IF ANY" column | | 0.00 |
| 2. Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column | 0.00 | |
| 3. Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | | 110,458.76 |
| 4. Total from Schedule F | | 153,940.06 |
| 5. Total of non-priority unsecured debt (sum of 1, 3, and 4) | | 264,398.82 |

Software Copyright (c) 1996-2013 - Best Case, LLC - www.bestcase.com

Best Case Bankruptcy

In re  **Daniel Seely,**
      **Julie Seely**

Case No.  <u>**14-51781**</u>

Debtors

# SCHEDULE A - REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

**Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim." If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption | Amount of Secured Claim |
|---|---|---|---|---|
| **None** | | | | |

| | | |
|---|---|---|
| Sub-Total > | **0.00** | (Total of this page) |
| Total > | **0.00** | |

<u> 0  </u>  continuation sheets attached to the Schedule of Real Property

(Report also on Summary of Schedules)

Software Copyright (c) 1996-2013 - Best Case, LLC - www.bestcase.com

Best Case Bankruptcy

In re   **Daniel Seely,**                                   Case No.   **14-51781**

          **Julie Seely**

                                         Debtors

# SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

    **Do not list interests in executory contracts and unexpired leases on this schedule.  List them in Schedule G - Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property."
If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| | Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|---|
| 1. | Cash on hand | X | | | |
| 2. | Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | Wal-Mart Prepaid Card | C | 100.00 |
| 3. | Security deposits with public utilities, telephone companies, landlords, and others. | | Security Deposit with Landlord. | C | 2,000.00 |
| 4. | Household goods and furnishings, including audio, video, and computer equipment. | | Household Goods And Furnishings | C | 50.00 |
| 5. | Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6. | Wearing apparel. | | Clothing | C | 500.00 |
| 7. | Furs and jewelry. | X | | | |
| 8. | Firearms and sports, photographic, and other hobby equipment. | X | | | |
| 9. | Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | | Term Life Insurance - AFLAC (no value) | C | 0.00 |
| 10. | Annuities. Itemize and name each issuer. | X | | | |

                                                              Sub-Total >          **2,650.00**
                                                   (Total of this page)

  **3**   continuation sheets attached to the Schedule of Personal Property

Software Copyright (c) 1996-2013 - Best Case, LLC - www.bestcase.com                     Best Case Bankruptcy

In re    **Daniel Seely,**                                Case No.     **14-51781**

            **Julie Seely**

                              Debtors

# SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | X | | | |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | X | | | |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and nonnegotiable instruments. | X | | | |
| 16. Accounts receivable. | X | | | |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | X | | | |
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | | **Persnal Injury Claim** **Joint Debtor has an active claim regarding an automobile accident. Debtor already received $10,100.00 to cover pay for medical expenses. Debtor is still trying to see if they are going to give her on-going medical treatment.** | C | 0.00 |

                                                   Sub-Total >        **0.00**
                                                (Total of this page)

Software Copyright (c) 1996-2013 - Best Case, LLC - www.bestcase.com                                           Best Case Bankruptcy

In re    **Daniel Seely,**
          **Julie Seely**                                      Case No.    **14-51781**

                                       Debtors

# SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | | **2007 Toyota Camry Hybrid Sedan 4D Hybrid Sedan 4D Mileage 140,000 Good Condition Value Per Kelley Blue Book** | W | 7,042.00 |
| | | **1993 Toyota Pickup Regular Cab Short Bed Mileage 188,000 Fair Condition (Work Truck) Value Per Kelley Blue Book** | J | 500.00 |
| | | **1986 Chevorlet Truck (non-operational) Mileage 180,000**<br><br>**Value Per Client and Condition** | H | 400.00 |
| 26. Boats, motors, and accessories. | | **2001 Honda Shadow Mileage 45,000 Fair condition**<br><br>**Value Per Client and Condition** | J | 1,000.00 |
| | | **Wells Cargo Trailer, 15 ft Poor Condition** | H | 500.00 |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | X | | | |
| 29. Machinery, fixtures, equipment, and supplies used in business. | | **Assorted Carpenter Tools.** | C | 500.00 |

                                                Sub-Total >      **9,942.00**
                                               (Total of this page)

Software Copyright (c) 1996-2013 - Best Case, LLC - www.bestcase.com

Case: 14-51781    Doc# 13    Filed: 05/16/14    Entered: 05/16/14 11:41:50    Page 6 of 79

In re   **Daniel Seely,**                                        Case No.    __**14-51781**__

        **Julie Seely**

                                                              Debtors

# SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 30. Inventory. | X | | | |
| 31. Animals. | X | | | |
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not already listed. Itemize. | | **Timeshare** <br> **Redwolf Lodge** <br> **Tahoe** <br> **Fully Paid For.** <br> **Maintenance dues: $350-400 yr** | H | 1,000.00 |

|  |  |
|---|---|
| Sub-Total > | **1,000.00** |
| (Total of this page) | |
| Total > | **13,592.00** |

Sheet __3__ of __3__ continuation sheets attached
to the Schedule of Personal Property

(Report also on Summary of Schedules)

Case: 14-51781   Doc# 13   Filed: 05/16/14   Entered: 05/16/14 11:41:50   Page 7 of 79

In re    **Daniel Seely,**                                 Case No.     **14-51781**
        **Julie Seely**

                                       Debtors

# SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

Debtor claims the exemptions to which debtor is entitled under:       ☐ Check if debtor claims a homestead exemption that exceeds
(Check one box)                                           $155,675. *(Amount subject to adjustment on 4/1/16, and every three years thereafter*
☐ 11 U.S.C. §522(b)(2)                                         *with respect to cases commenced on or after the date of adjustment.)*
■ 11 U.S.C. §522(b)(3)

| Description of Property | Specify Law Providing Each Exemption | Value of Claimed Exemption | Current Value of Property Without Deducting Exemption |
|---|---|---|---|
| **Checking, Savings, or Other Financial Accounts, Certificates of Deposit** | | | |
| **Wal-Mart Prepaid Card** | **C.C.P. § 703.140(b)(5)** | **100.00** | **100.00** |
| **Security Deposits with Utilities, Landlords, and Others** | | | |
| **Security Deposit with Landlord.** | **C.C.P. § 703.140(b)(5)** | **2,000.00** | **2,000.00** |
| **Household Goods and Furnishings** | | | |
| **Household Goods And Furnishings** | **C.C.P. § 703.140(b)(3)** | **50.00** | **50.00** |
| **Wearing Apparel** | | | |
| **Clothing** | **C.C.P. § 703.140(b)(3)** | **500.00** | **500.00** |
| **Interests in Insurance Policies** | | | |
| **Term Life Insurance - AFLAC (no value)** | **C.C.P. § 703.140(b)(7)** | **0.00** | **0.00** |
| **Other Contingent and Unliquidated Claims of Every Nature** | | | |
| **Persnal Injury Claim** | **C.C.P. § 703.140(b)(5)** | **0.00** | **0.00** |
| **Joint Debtor has an active claim regarding an automobile accident. Debtor already received $10,100.00 to cover pay for medical expenses. Debtor is still trying to see if they are going to give her on-going medical treatment.** | | | |
| **Automobiles, Trucks, Trailers, and Other Vehicles** | | | |
| **2007 Toyota Camry Hybrid Sedan 4D** | **C.C.P. § 703.140(b)(2)** | **5,100.00** | **7,042.00** |
| **Hybrid Sedan 4D** | **C.C.P. § 703.140(b)(5)** | **1,942.00** | |
| **Mileage 140,000** | | | |
| **Good Condition** | | | |
| **Value Per Kelley Blue Book** | | | |
| **1993 Toyota Pickup Regular Cab Short Bed** | **C.C.P. § 703.140(b)(5)** | **500.00** | **500.00** |
| **Mileage 188,000** | | | |
| **Fair Condition (Work Truck)** | | | |
| **Value Per Kelley Blue Book** | | | |
| **1986 Chevrolet Truck (non-operational)** | **C.C.P. § 703.140(b)(5)** | **400.00** | **400.00** |
| **Mileage 180,000** | | | |
| **Value Per Client and Condition** | | | |
| **Boats, Motors and Accessories** | | | |
| **2001 Honda Shadow** | **C.C.P. § 703.140(b)(5)** | **1,000.00** | **1,000.00** |
| **Mileage 45,000** | | | |
| **Fair condition** | | | |
| **Value Per Client and Condition** | | | |
| **Wells Cargo Trailer, 15 ft** | **C.C.P. § 703.140(b)(5)** | **500.00** | **500.00** |
| **Poor Condition** | | | |

__1__   continuation sheets attached to Schedule of Property Claimed as Exempt

Case: 14-51781    Doc# 13    Filed: 05/16/14    Entered: 05/16/14 11:41:50    Page 8 of 79

In re    **Daniel Seely,**
        **Julie Seely**

Case No.    __14-51781__

_____,

Debtors

# SCHEDULE C - PROPERTY CLAIMED AS EXEMPT
(Continuation Sheet)

| Description of Property | Specify Law Providing Each Exemption | Value of Claimed Exemption | Current Value of Property Without Deducting Exemption |
|---|---|---|---|
| **Machinery, Fixtures, Equipment and Supplies Used in Business** | | | |
| **Assorted Carpenter Tools.** | **C.C.P. § 703.140(b)(5)** | **500.00** | **500.00** |
| | | | |
| **Other Personal Property of Any Kind Not Already Listed** | | | |
| **Timeshare** | **C.C.P. § 703.140(b)(5)** | **1,000.00** | **1,000.00** |
| **Redwolf Lodge** | | | |
| **Tahoe** | | | |
| **Fully Paid For.** | | | |
| **Maintenance dues: $350-400 yr** | | | |
| | | Total: **13,592.00** | **13,592.00** |

Software Copyright (c) 1996-2013 - Best Case, LLC - www.bestcase.com

Best Case Bankruptcy

In re **Daniel Seely,**                                Case No.    **14-51781**

        **Julie Seely**

                                       Debtors

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is a creditor, the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor" ,include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community".

If the claim is contingent, place an "X" in the column labeled "Contingent". If the claim is unliquidated, place an "X" in the column labeled "Unliquidated". If the claim is disputed, place an "X" in the column labeled "Disputed". (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion" on the Statistical Summary of Certain Liabilities and Related Data.

■ Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No. | | | | | | | | |
| | | | Value $ | | | | | |
| Account No. | | | | | | | | |
| | | | Value $ | | | | | |
| Account No. | | | | | | | | |
| | | | Value $ | | | | | |
| Account No. | | | | | | | | |
| | | | Value $ | | | | | |

**_0_** continuation sheets attached

                                          Subtotal

                                 (Total of this page)

                                                Total             **0.00**               **0.00**

         (Report on Summary of Schedules)

Software Copyright (c) 1996-2013 - Best Case, LLC - www.bestcase.com                                  Best Case Bankruptcy

In re    **Daniel Seely,**
           **Julie Seely**

Case No.    __14-51781__

_____
                  Debtors

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

     A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

     The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

     If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

     Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

     Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

     Report the total of amounts _not_ entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS**   (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐ **Domestic support obligations**

     Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**

     Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

☐ **Wages, salaries, and commissions**

     Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $12,475* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**

     Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐ **Certain farmers and fishermen**

     Claims of certain farmers and fishermen, up to $6,150* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**

     Claims of individuals up to $2,775* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

■ **Taxes and certain other debts owed to governmental units**

     Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to maintain the capital of an insured depository institution**

     Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

☐ **Claims for death or personal injury while debtor was intoxicated**

     Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

_* Amount subject to adjustment on 4/01/16, and every three years thereafter with respect to cases commenced on or after the date of adjustment._

1   continuation sheets attached

Software Copyright (c) 1996-2013 - Best Case, LLC - www.bestcase.com

In re **Daniel Seely,**      Case No. **14-51781**

      **Julie Seely**

                              Debtors

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

**Taxes and Certain Other Debts**
**Owed to Governmental Units**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY / AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|
| Account No. | | | 2006, 2007, 2008, 2009 | | | | | |
| **Internal Revenue Service** **5045 E Butler Ave** **Fresno, CA 93888-0021** | C | | | | | | | 93,865.00 |
| | | | | | | | 93,865.00 | 0.00 |
| Account No. | | | 2006, 2007, 2008, 2009 | | | | | |
| **State of California** **Frachise Tax Board** **PO BOX 942867** **Sacramento, CA 92467-0011** | C | | | | | | | 16,593.76 |
| | | | | | | | 16,593.76 | 0.00 |
| Account No. | | | | | | | | |
| | | | | | | | | |
| Account No. | | | | | | | | |
| | | | | | | | | |
| Account No. | | | | | | | | |
| | | | | | | | | |

Sheet **1** of **1** continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

| | | |
|---|---|---|
| Subtotal (Total of this page) | 110,458.76 | 110,458.76 / 0.00 |
| Total (Report on Summary of Schedules) | 110,458.76 | 110,458.76 / 0.00 |

Software Copyright (c) 1996-2013 - Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

In re    **Daniel Seely,**
         **Julie Seely**

Case No.    __**14-51781**__

                                       Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐   Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxxx6227** <br><br> **Accounts Receivable Managament, Inc.** <br> **PO BOX 561** <br> **Thorofare, NJ 08086** | C | | **NOTICE ONLY** | | | | 0.00 |
| Account No. **xxxxxxxx2213** <br><br> **Advanced Financial Company** <br> **PO BOX 4068** <br> **Carlsbad, CA 92018** | C | | **Account balance** | | | | 1,494.82 |
| Account No. **xxxxxx9360** <br><br> **Afni, Inc.** <br> **Po Box 3097** <br> **Bloomington, IL 61702** | | W | **Opened 8/07/12 Last Active 9/01/12** <br> **Collection AT&T** | | | | 174.00 |
| Account No. **xxxxxxxx0919** <br><br> **Allied Interstate** <br> **PO BOX 4000** <br> **Warrenton, VA 20188** | C | | **Account balance** | | | | 1,567.34 |
| | | | Subtotal <br> (Total of this page) | | | | 3,236.16 |

__36__ continuation sheets attached

Software Copyright (c) 1996-2013 - Best Case, LLC - www.bestcase.com                         S/N:39090-140423   Best Case Bankruptcy

In re **Daniel Seely,**
     **Julie Seely**

Case No. _____14-51781_____

_____,
                          Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | J C | | | | | |
| Account No. **xxxxxxxxxxxxxx1588**<br><br>**American General Financial Services**<br>**PO BOX 3251**<br>**Evansville, IN 47731** | C | | | | **Account balance** | | | | **1,565.54** |
| Account No. **xxxxxxxx7370**<br><br>**American Medical Collection Agency**<br>**P.O. Box 1235**<br>**Elmsford, NY 10523-0935** | C | | | | **Account balance** | | | | **341.00** |
| Account No. **xxxxx9431**<br><br>**Asset Acceptance**<br>**Pob 1630**<br>**Warren, MI 48090** | W | | | | **Opened 10/01/12  Last Active  1/01/13**<br>**01 First Premier Bank** | | | | **392.00** |
| Account No. **xxx8830**<br><br>**Balanced Healthcare Receivables**<br>**PO BOX 9577**<br>**Manchester, NH 03108-9577** | C | | | | **NOTICE ONLY** | | | | **0.00** |
| Account No. **xxxxxx5957**<br><br>**Balanced Healthcare Receivables**<br>**PO BOX 9577**<br>**Manchester, NH 03108** | C | | | | **NOTICE ONLY** | | | | **0.00** |

Sheet no. __**1**__ of __**36**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**2,298.54**

Software Copyright (c) 1996-2013 - Best Case, LLC - www.bestcase.com   Best Case Bankruptcy

In re   **Daniel Seely,**
       **Julie Seely**

Case No.    **14-51781**

Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HWJC | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxxxxxxxxxx7458**<br><br>**Bank of America, N.A.**<br>**PO BOX 30750**<br>**Los Angeles, CA 90030-0750** | | H | **Opened 4/19/05 Last Active 12/01/08**<br>**Credit Card**<br>**NOTICE ONLY** | | | | 0.00 |
| Account No. **xxxxxxxxxxxx7633**<br><br>**Bank of America, N.A.**<br>**PO BOX 30750**<br>**Los Angeles, CA 90030-0750** | | H | **Opened 4/01/05 Last Active 2/01/06**<br>**NOTICE ONLY** | | | | 0.00 |
| Account No. **xxxx6502**<br><br>**Bay Area Credit Service, LLC**<br>**PO BOX 468449**<br>**Atlanta, GA 31146** | | C | **Account balance** | | | | 188.41 |
| Account No. **xx-x8662**<br><br>**Beneficial/Hfc**<br>**Po Box 3425**<br>**Buffalo, NY 14240** | | C | **Opened 1/01/03 Last Active 5/01/03**<br>**NOTICE ONLY** | | | | 0.00 |
| Account No. **x6364**<br><br>**Bradley J. Keith, MD**<br>**337 El Dorado St. Ste A3**<br>**Monterey, CA 93940** | | C | **Account balance** | | | | 503.50 |

Sheet no.  **2**   of  **36**   sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

691.91

Software Copyright (c) 1996-2013 - Best Case, LLC - www.bestcase.com        Best Case Bankruptcy

In re   **Daniel Seely,**
       **Julie Seely**

Case No.   **14-51781**

_____,
Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxx7225** <br><br> **Bridgeport Financial, inc.** <br> **1111 Willow St. 2nd Floor** <br> **San Jose, CA 95125** | C | | Account balance | | | | 1,169.83 |
| Account No. **xxxxx5169** <br><br> **CA Emergency Phys Natividad MC** <br> **P.O. Box 582663** <br> **Modesto, CA 95358** | C | | Medical Account Balance | | | | 240.00 |
| Account No. **1005** <br><br> **Capital Management Services, Inc.** <br> **c/o American Express** <br> **726 Exchange St. Suite 700** <br> **Buffalo, NY 14210** | C | | Account balance | | | | 818.71 |
| Account No. **1007** <br><br> **Capital Management Services, Inc.** <br> **c/o American Express** <br> **726 Exchange St. Suite 700** <br> **Buffalo, NY 14210** | C | | Account balance | | | | 952.00 |
| Account No. **xxxxxx1783** <br><br> **CBSJ Financial Corporation** <br> **99 West Tasman Dr Suite 205** <br> **San Jose, CA 95134** | W | | Opened 12/01/06  Last Active 10/01/12 <br> Collection Medical | | | | 823.00 |

Sheet no. __3__ of __36__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

4,003.54

Software Copyright (c) 1996-2013 - Best Case, LLC - www.bestcase.com

Best Case Bankruptcy

In re **Daniel Seely,**　　　　　　　　　　　　　　　　　　Case No. ___14-51781___
　　　　　**Julie Seely**

　　　　　　　　　　　　　　　　　　　　　　　　　　　　,
　　　　　　　　　　　　　　　　Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxxxxxxx0000**<br><br>**Central Coast Federal Credit Union**<br>**P O Box 640**<br>**Marina, CA 93933-0640** | | C | Opened 5/01/04 Last Active 5/01/05<br>**InstallmentSalesContract**<br>**NOTICE ONLY** | | | | 0.00 |
| Account No. **xxxxxxxxx0001**<br><br>**Central Coast Federal Credit Union**<br>**4242 Gigling Rd**<br>**Seaside, CA 93955** | X | C | Opened 4/25/05 Last Active 3/11/10<br>**Automobile**<br>**NOTICE ONLY** | | | | 0.00 |
| Account No. **xxxx-xxxx-xxxx-0526**<br><br>**Citibank**<br>**Po Box 6241**<br>**Sioux Falls, SD 57117** | | H | Opened 4/13/07 Last Active 5/23/08<br>**NOTICE ONLY** | | | | 0.00 |
| Account No. **xxxxx0854**<br><br>**Community Hospital Of The**<br>**Monterey Peninsula**<br>**2511 Garden Road, Bldg A, Suite 250**<br>**Monterey, CA 93940-3942** | | C | Account balance | X | | X | 704.94 |
| Account No. **xxxxx9685**<br><br>**Community Hospital Of The**<br>**Monterey Peninsula**<br>**2511 Garden Road, Bldg A, Suite 250**<br>**Monterey, CA 93940-3942** | | C | **NOTICE ONLY** | | | | 0.00 |

Sheet no. __4___ of __36__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)　　704.94

Software Copyright (c) 1996-2013 - Best Case, LLC - www.bestcase.com
Best Case Bankruptcy

In re **Daniel Seely,** Case No. _____14-51781_____
 **Julie Seely**
_____,
 Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W | JC | | | | | |
| Account No. **xxxxx5129**<br><br>**Community Hospital Of The Monterey Peninsula 2511 Garden Road, Bldg A, Suite 250 Monterey, CA 93940-3942** | C | | | | Account balance **NOTICE ONLY** | | | | 0.00 |
| Account No. **xxxxx2617**<br><br>**Community Hospital Of The Monterey Peninsula 2511 Garden Road, Bldg A, Suite 250 Monterey, CA 93940-3942** | C | | | | **NOTICE ONLY** | | | | 0.00 |
| Account No. **xxxxx4552**<br><br>**Community Hospital Of The Monterey Peninsula 2511 Garden Road, Bldg A, Suite 250 Monterey, CA 93940-3942** | C | | | | Account balance | X | | X | 334.06 |
| Account No. **xxxxx4552**<br><br>**Community Hospital of the Monterey Peninsula 2521 Garden road, Bldg A, Suite 250 Monterey, CA 93940-3942** | C | | | | Account balance | X | | X | 334.06 |
| Account No. **xxxxx9013**<br><br>**Community Hospital of the Monterey Peninsula 2521 Garden road, Bldg A, Suite 250 Monterey, CA 93940-3942** | C | | | | Account balance | X | X | | 466.00 |

Sheet no. __5___ of __36__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

1,134.12

Software Copyright (c) 1996-2013 - Best Case, LLC - www.bestcase.com

Best Case Bankruptcy

In re **Daniel Seely,**  
     **Julie Seely**                                                 ,  
                                   Debtors

Case No.    **14-51781**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxxxx2266**<br><br>**Community Hospital of the Monterey Peninsula**<br>**2521 Garden road, Bldg A, Suite 250**<br>**Monterey, CA 93940-3942** | C | | Account balance | X | | X | 350.00 |
| Account No. **xxxxx0854**<br><br>**Community Hospital of the Monterey Peninsula**<br>**2521 Garden road, Bldg A, Suite 250**<br>**Monterey, CA 93940-3942** | C | | Account balance<br>NOTICE ONLY | | | | 0.00 |
| Account No. **xxxxx4537**<br><br>**Community Hospital of the Monterey Peninsula**<br>**2521 Garden road, Bldg A, Suite 250**<br>**Monterey, CA 93940-3942** | C | | Account balance | X | | X | 78.00 |
| Account No. **xxxxx5089**<br><br>**Community Hospital of the Monterey Peninsula**<br>**2521 Garden road, Bldg A, Suite 250**<br>**Monterey, CA 93940-3942** | C | | NOTICE ONLY | | | | 0.00 |
| Account No. **xxx6554**<br><br>**Credit Consulting Services**<br>**Po Box 5879**<br>**Salinas, CA 93915** | W | | Opened 3/07/11 Last Active 6/01/11<br>NOTICE ONLY | | | | 0.00 |

Sheet no. __6__ of __36__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal  
(Total of this page)

428.00

In re **Daniel Seely,**
 **Julie Seely**

Case No. **14-51781**

_____,
Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| | | | Husband, Wife, Joint, or Community | | | | |
| Account No. **xxx2089** | | | Opened 8/06/12 Last Active 11/01/12 Collection Salinas Valley Memorial Hosp. | | | | |
| Credit Consulting Services Po Box 5879 Salinas, CA 93915 | W | | | X | | X | |
| | | | | | | | 9,106.00 |
| Account No. **xxx6551** | | | Opened 3/07/11 Last Active 6/01/11 Collection Salinas Valley Memorial Hosp. | | | | |
| Credit Consulting Services Po Box 5879 Salinas, CA 93915 | W | | | X | | X | |
| | | | | | | | 8,386.00 |
| Account No. **xxx3540** | | | Opened 8/20/12 Last Active 11/01/12 Collection Salinas Valley Memorial Hosp. | | | | |
| Credit Consulting Services Po Box 5879 Salinas, CA 93915 | W | | | X | | X | |
| | | | | | | | 6,035.00 |
| Account No. **xxx2057** | | | Opened 5/21/12 Last Active 8/01/12 Collection Salinas Valley Memorial Hosp. | | | | |
| Credit Consulting Services Po Box 5879 Salinas, CA 93915 | H | | | X | | X | |
| | | | | | | | 5,291.00 |
| Account No. **xxx4860** | | | Opened 5/10/11 Last Active 8/01/11 Collection Salinas Valley Memorial Hosp. | | | | |
| Credit Consulting Services Po Box 5879 Salinas, CA 93915 | W | | | X | | X | |
| | | | | | | | 4,314.00 |

Sheet no. __7__ of __36__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**33,132.00**

Software Copyright (c) 1996-2013 - Best Case, LLC - www.bestcase.com

Best Case Bankruptcy

In re **Daniel Seely,**    **Julie Seely**

Case No. **14-51781**

Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J C | | | | | | |
| Account No. **xxx2073** | | | | | Opened 5/21/12 Last Active 8/01/12 Collection Salinas Valley Memorial Hosp. | | | | |
| Credit Consulting Services Po Box 5879 Salinas, CA 93915 | | W | | | | X | | X | |
| | | | | | | | | | 3,330.00 |
| Account No. **xxx9680** | | | | | Opened 4/30/12 Last Active 7/01/12 Collection Salinas Valley Memorial Hosp. | | | | |
| Credit Consulting Services Po Box 5879 Salinas, CA 93915 | | W | | | | X | | X | |
| | | | | | | | | | 2,813.00 |
| Account No. **xxx2065** | | | | | Opened 5/21/12 Last Active 8/01/12 Collection Salinas Valley Memorial Hosp. | | | | |
| Credit Consulting Services Po Box 5879 Salinas, CA 93915 | | W | | | | X | | X | |
| | | | | | | | | | 2,629.00 |
| Account No. **xxx1253** | | | | | Opened 12/12/11 Last Active 2/01/12 Collection Salinas Valley Memorial Hosp. | | | | |
| Credit Consulting Services Po Box 5879 Salinas, CA 93915 | | W | | | | X | | X | |
| | | | | | | | | | 1,915.00 |
| Account No. **xxx9675** | | | | | Opened 4/30/12 Last Active 7/01/12 Collection Salinas Valley Memorial Hosp. | | | | |
| Credit Consulting Services Po Box 5879 Salinas, CA 93915 | | H | | | | X | | X | |
| | | | | | | | | | 1,660.00 |

Sheet no. **8** of **36** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

12,347.00

In re **Daniel Seely,**     Case No. **14-51781**
      **Julie Seely**

_____,
Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxx8251**<br><br>**Credit Consulting Services**<br>**Po Box 5879**<br>**Salinas, CA 93915** | | W | Opened 4/17/12 Last Active 7/01/12<br>Collection Monterey Bay G.I. Consultants | X | | X | 1,630.00 |
| Account No. **xxx9935**<br><br>**Credit Consulting Services**<br>**Po Box 5879**<br>**Salinas, CA 93915** | | W | Opened 4/08/11 Last Active 7/01/11<br>Collection Natividad Medical Center | X | | X | 1,565.00 |
| Account No. **xxx2418**<br><br>**Credit Consulting Services**<br>**Po Box 5879**<br>**Salinas, CA 93915** | | W | Opened 9/27/10 Last Active 12/19/12<br>Collection Salinas Valley Radiologists In | X | | X | 508.00 |
| Account No. **xxx7903**<br><br>**Credit Consulting Services**<br>**Po Box 5879**<br>**Salinas, CA 93915** | | W | Opened 11/20/06 Last Active 2/01/07<br>NOTICE ONLY | | | | 0.00 |
| Account No. **xxx0154**<br><br>**Credit Consulting Services**<br>**Po Box 5879**<br>**Salinas, CA 93915** | | H | Opened 7/23/12 Last Active 10/01/12<br>Collection Salinas Valley Memorial Hosp. | X | | X | 266.00 |

Sheet no. **9** of **36** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)    **3,969.00**

In re **Daniel Seely,**        Case No. **14-51781**
    **Julie Seely**

Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. **xxxxx6360**<br><br>**Credit Consulting Services**<br>**PO Box 5879**<br>**201 John Street, Suite E**<br>**Salinas, CA 93915** | C | | | Account balance | X | | X | 5,290.56 |
| Account No. **xxxxx9861**<br><br>**Credit Consulting Services**<br>**PO Box 5879**<br>**201 John Street, Suite E**<br>**Salinas, CA 93915** | C | | | Account balance | X | | X | 2,629.05 |
| Account No. **xxx1766**<br><br>**Credit Consulting Services**<br>**PO Box 5879**<br>**201 John Street, Suite E**<br>**Salinas, CA 93915** | C | | | Account balance | X | | X | 29.89 |
| Account No. **xxxxx1265**<br><br>**Credit Consulting Services**<br>**PO Box 5879**<br>**201 John Street, Suite E**<br>**Salinas, CA 93915** | C | | | Account balance | X | | X | 4,314.00 |
| Account No. **xxxxx9497**<br><br>**Credit Consulting Services**<br>**PO Box 5879**<br>**201 John Street, Suite E**<br>**Salinas, CA 93915** | C | | | Account balance<br>NOTICE ONLY | | | | 0.00 |

Sheet no. __10__ of __36__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)     **12,263.50**

Software Copyright (c) 1996-2013 - Best Case, LLC - www.bestcase.com     Best Case Bankruptcy

In re **Daniel Seely,** Case No. **14-51781**
      **Julie Seely**
_____,
                          Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | | | | |
| Account No. **xxxxx5274** | | | Account balance | | | | |
| **Credit Consulting Services PO Box 5879 201 John Street, Suite E Salinas, CA 93915** | C | | | X | | X | 8,385.88 |
| Account No. **xxx6429** | | | Account balance | | | | |
| **Credit Consulting Services PO Box 5879 201 John Street, Suite E Salinas, CA 93915** | C | | | X | | X | 4,747.54 |
| Account No. **xxxxx9906** | | | Account balance | | | | |
| **Credit Consulting Services PO Box 5879 201 John Street, Suite E Salinas, CA 93915** | C | | | X | | X | 1,358.50 |
| Account No. **xxxxx1324** | | | Account balance | | | | |
| **Credit Consulting Services PO Box 5879 201 John Street, Suite E Salinas, CA 93915** | C | | | X | | X | 5,333.46 |
| Account No. **xxxxxxxxxxx9472** | | | Opened 11/01/06  Last Active  2/01/07 NOTICE ONLY | | | | |
| **Cypress Col Po Box 578 Salinas, CA 93902** | | W | | | | | 0.00 |

Sheet no. **11** of **36** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**19,825.38**

Software Copyright (c) 1996-2013 - Best Case, LLC - www.bestcase.com                                              Best Case Bankruptcy

In re **Daniel Seely,**
**Julie Seely**

Case No. __14-51781__

_____,
Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxxxxxxxxxx4076** <br><br> **Cypress Collections** <br> **120 Abbott St** <br> **Salinas, CA 93901** | | W | Opened 10/03/12 Last Active 12/01/12 <br> Collection Salinas Valley Emergency | X | | X | 659.00 |
| Account No. **xxxxxxxxxxx5463** <br><br> **Cypress Collections** <br> **120 Abbott St** <br> **Salinas, CA 93901** | | W | Opened 3/16/12 Last Active 10/01/12 <br> Collection Salinas Valley Emergency | X | | X | 443.00 |
| Account No. **xxxxxxxxxxxx5464** <br><br> **Cypress Collections** <br> **120 Abbott St** <br> **Salinas, CA 93901** | | W | Opened 3/16/12 Last Active 10/01/12 <br> Collection Salinas Valley Emergency | X | | X | 443.00 |
| Account No. **xxxxxxxxxxx8219** <br><br> **Cypress Collections** <br> **120 Abbott St** <br> **Salinas, CA 93901** | | W | Opened 5/24/12 Last Active 10/01/12 <br> Collection Salinas Valley Emergency | X | | X | 297.00 |
| Account No. **xxxxxxxxxxx2454** <br><br> **Cypress Collections** <br> **120 Abbott St** <br> **Salinas, CA 93901** | | W | Opened 9/27/12 Last Active 12/01/12 <br> Collection Salinas Valley Emergency | X | | X | 138.00 |

Sheet no. __12__ of __36__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) **1,980.00**

In re **Daniel Seely,**
      **Julie Seely**

Case No.    **14-51781**

Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **xxxxxxxxxxx2455** | | | | Opened 9/27/12 Last Active 12/01/12 Collection Salinas Valley Emergency | | | | |
| **Cypress Collections** **120 Abbott St** **Salinas, CA 93901** | | W | | | X | | X | |
| | | | | | | | | 138.00 |
| Account No. **xxxxxxxxxxx2453** | | | | Opened 9/27/12 Last Active 12/01/12 Collection Salinas Valley Emergency | | | | |
| **Cypress Collections** **120 Abbott St** **Salinas, CA 93901** | | W | | | X | | X | |
| | | | | | | | | 138.00 |
| Account No. **xxxxxxxxxxx1038** | | | | Opened 9/18/12 Last Active 12/01/12 Collection Salinas Valley Memorial Hs | | | | |
| **Cypress Collections** **120 Abbott St** **Salinas, CA 93901** | | W | | | X | | X | |
| | | | | | | | | 134.00 |
| Account No. **xxxxxxxxxxx2452** | | | | Opened 9/27/12 Last Active 12/01/12 Collection Salinas Valley Emergency | | | | |
| **Cypress Collections** **120 Abbott St** **Salinas, CA 93901** | | W | | | X | | X | |
| | | | | | | | | 116.00 |
| Account No. **xxxxxxxxxxx9980** | | | | Opened 1/14/10 Last Active 10/01/12 Collection Doctors On Duty | | | | |
| **Cypress Collections** **120 Abbott St** **Salinas, CA 93901** | | W | | | X | | X | |
| | | | | | | | | 64.00 |

Sheet no. __**13**__ of __**36**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

590.00

In re **Daniel Seely,**
       **Julie Seely**

Case No. ___14-51781___

_____,
                    Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxxx8444** | | | Opened 7/31/12 Last Active 9/01/12 Collection At T | | | | |
| Enhanced Recovery Company, Llc 8014 Bayberry Rd Jacksonville, FL 32256 | | H | | | | | 416.00 |
| Account No. **xxxxxxxxxxxx0002** | | | Opened 11/18/11 Last Active 12/01/12 Educational | | | | |
| Fed Loan Serv Po Box 69184 Harrisburg, PA 17106 | | W | | X | | X | 1,251.00 |
| Account No. **xxxxxxxxxxxx0001** | | | Opened 11/18/11 Last Active 12/01/12 Educational | | | | |
| Fed Loan Serv Po Box 69184 Harrisburg, PA 17106 | | W | | X | | X | 1,186.00 |
| Account No. **xxxxxx1044** | | | NOTICE ONLY | | | | |
| Federal Loan Servicing PO BOX 69184 Harrisburg, PA 17106-9184 | | C | | | | | 0.00 |
| Account No. **xxx-xxxx-xxxx-xxxx-0080** | | | Account balance | | | | |
| First National Collection Bureau Inc. 610 Waltham Way Sparks, NV 89434 | | C | | | | | 385.91 |

Sheet no. _14_ of _36_ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

3,238.91

In re **Daniel Seely,**      Case No. **14-51781**
     **Julie Seely**

_____,
Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **xxxxxxxxxxx0381** | | | | Opened 8/20/09 Last Active 4/01/10 CreditCard | | | | |
| **First Premier Bank** **601 S Minnesota Ave** **Sioux Falls, SD 57104** | C | | | | | | | |
| | | | | | | | | **380.00** |
| Account No. **xxxxxxxxxxx5376** | | | | Opened 10/20/05 Last Active 5/18/07 CreditCard NOTICE ONLY | | | | |
| **First Premier Bank** **601 S Minnesota Ave** **Sioux Falls, SD 57104** | H | | | | | | | |
| | | | | | | | | **0.00** |
| Account No. **xxxxxxxxxxx0080** | | | | Opened 2/01/10 Last Active 5/01/10 CreditCard NOTICE ONLY | | | | |
| **First Premier Bank** **601 S Minnesota Ave** **Sioux Falls, SD 57104** | W | | | | | | | |
| | | | | | | | | **0.00** |
| Account No. **xxx-xxx-xxx8575** | | | | Account balance | | | | |
| **Franklin Collection Service, Inc.** **PO BOX 3910** **Tupelo, MS 38803-3910** | C | | | | | | | |
| | | | | | | | | **416.42** |
| Account No. **xxx8426** | | | | Account balance | | | | |
| **Fresno Credit Bureau** **757 L Street** **Fresno, CA 93721** | C | | | | | | | |
| | | | | | | | | **605.50** |

Sheet no. **15** of **36** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)      **1,401.92**

Software Copyright (c) 1996-2013 - Best Case, LLC - www.bestcase.com

Best Case Bankruptcy

In re  **Daniel Seely,**
      **Julie Seely**

Case No.    **14-51781**

Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HWJC Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxx8068**<br><br>**Fresno Credit Bureau**<br>**757 L Street**<br>**Fresno, CA 93721** | C | | Credit | | | | 1,483.30 |
| Account No. **xxx0031**<br><br>**Fresno Credit Bureau**<br>**757 L Street**<br>**Fresno, CA 93721** | C | | Credit | | | | 169.00 |
| Account No. **xxxxxxxx7609**<br><br>**Gecrb/Dsctlr**<br>**C/O Po Box 965036**<br>**Orlando, FL 32896** | H | | Opened 2/22/07 Last Active 2/04/08<br>ChargeAccount<br>NOTICE ONLY | | | | 0.00 |
| Account No. **xxxxxxx5840**<br><br>**Gecrb/Mervyn**<br>**Po Box 965005**<br>**Orlando, FL 32896** | H | | Opened 3/05/06 Last Active 6/08/08<br>ChargeAccount<br>NOTICE ONLY | | | | 0.00 |
| Account No. **xxxxxxxxxxx0327**<br><br>**Gecrb/Yamaha**<br>**C/O Po Box 6153**<br>**Rapid City, SD 57709** | H | | Opened 12/06/07 Last Active 3/12/10<br>Account balance | | | | 5,453.00 |

Sheet no. **16** of **36** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

7,105.30

Software Copyright (c) 1996-2013 - Best Case, LLC - www.bestcase.com        Best Case Bankruptcy

In re **Daniel Seely,**
    **Julie Seely**

Case No. **14-51781**

Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|---|
| | | H | W | J | C | | | | | |
| Account No. **xxxxxxxx9535**  Homeward Residential 1525 S Belt Line Rd Coppell, TX 75019 | | H | | | | Opened 2/06/06 Last Active 5/02/06 ConventionalRealEstateMortgage NOTICE ONLY | | | | 0.00 |
| Account No. **xxxxxxxx9543**  Homeward Residential 1525 S Belt Line Rd Coppell, TX 75019 | | H | | | | Opened 2/06/06 Last Active 5/09/06 Mortgage NOTICE ONLY | | | | 0.00 |
| Account No. **xxx1217**  HRB Tax Group PO BOX 677463 Dallas, TX 75267-7463 | C | | | | | Account balance | | | | 182.00 |
| Account No. **xxxxxxxx7747**  Hsbc Bank Po Box 52530 Carol Stream, IL 60196 | | H | | | | Opened 5/10/05 Last Active 4/29/07 CreditCard NOTICE ONLY | | | | 0.00 |
| Account No. **xxxxxxxx7070**  Hsbc Bank Po Box 5253 Carol Stream, IL 60197 | | H | | | | Opened 2/28/06 Last Active 12/12/06 CreditCard NOTICE ONLY | | | | 0.00 |

Sheet no. **17** of **36** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

182.00

Software Copyright (c) 1996-2013 - Best Case, LLC - www.bestcase.com

Best Case Bankruptcy

In re **Daniel Seely,**
      **Julie Seely**

Case No. **14-51781**

_____
Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxxxxx0201**<br><br>Hsbc/Yamaha<br>Po Box 5253<br>Carol Stream, IL 60197 | | H | Opened 12/06/07 Last Active 11/24/08<br>ChargeAccount<br>**NOTICE ONLY** | | | | **0.00** |
| Account No. **xxxxx-xxxxxx7739**<br><br>Hsbc/Ymaha<br>90 Christiana Road<br>New Castle, DE 19720 | | H | Opened 12/01/07 Last Active 6/01/08<br>Account Balance<br>**NOTICE ONLY** | | | | **0.00** |
| Account No. **xxxx6687**<br><br>Hsbc/Ymaha<br>c/o Bass & Associates<br>3936 E Fort Lowell Rd. Suite 200<br>Tucson, AZ 85712-1083 | | | Representing:<br>Hsbc/Ymaha | | | | **Notice Only** |
| Account No. **1007**<br><br>Hunt & Henriques<br>151 Bernal Road, Suite 8<br>San Jose, CA 95119-1306 | | C | Account balance | | | | **854.47** |
| Account No. **x-xx9637**<br><br>Hunter Laboratories<br>2605 S. Winchester Blvd.<br>Campbell, CA 95008 | | C | Account balance | | | | **222.00** |

Sheet no. **18** of **36** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**1,076.47**

In re **Daniel Seely,**                            Case No.    **14-51781**
       **Julie Seely**

                                       Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxxx2941** <br><br>**Imperial Recovery Partners, LLC**<br>**7720 W 119th Street**<br>**Overland Park, KS 66213** | C | | Account balance | | | | 121.37 |
| Account No. **xxxx3233** <br><br>**J.C. Christensen and Associates, Inc.**<br>**P.O. Box 519**<br>**Sauk Rapids, MN 56379** | C | | Account balance | | | | 379.95 |
| Account No. **xxxxxxxx5593** <br><br>**JP Morgan Chase**<br>**Po Box 24696**<br>**Columbus, OH 43224** | | H | Opened 2/06/06 Last Active 11/01/07<br>ConventionalRealEstateMortgage<br>NOTICE ONLY | | | | 0.00 |
| Account No. **xxxxxxxx5601** <br><br>**JP Morgan Chase**<br>**Po Box 24696**<br>**Columbus, OH 43224-0696** | | H | Opened 1/01/06 Last Active 6/30/08<br>Mortgage<br>NOTICE ONLY | | | | 0.00 |
| Account No. **xxxxxxx2608** <br><br>**JP Morgan Chase**<br>**Po Box 15298**<br>**Wilmington, DE 19850** | | H | Opened 7/06/06 Last Active 6/22/07<br>CreditCard<br>NOTICE ONLY | | | | 0.00 |

Sheet no. **19** of **36** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

                                           Subtotal
                                  (Total of this page)     **501.32**

In re **Daniel Seely,**
    **Julie Seely**

Case No. **14-51781**

_____,
Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxxxxxx7025** <br><br> **JP Morgan Chase** <br> **Po Box 15298** <br> **Wilmington, DE 19850** | H | | Opened 7/29/04 Last Active 7/19/07 <br> CreditCard <br> NOTICE ONLY | | | | 0.00 |
| Account No. **xxxxxxxx1884** <br><br> **JP Morgan Chase** <br> **P.O. Box 15298** <br> **Wilmington, DE 19850** | H | | Opened 12/19/07 Last Active 6/01/08 <br> CreditCard <br> NOTICE ONLY | | | | 0.00 |
| Account No. **xxxxxxxxx2600** <br><br> **Law Offices of Mitchell D. Bluhm & Ass** <br> **PO BOX 3269** <br> **Sherman, TX 75091** | C | | Account balance | | | | 3,373.57 |
| Account No. **xxxx7098** <br><br> **LCA Collections** <br> **PO BOX 2240** <br> **Burlington, NC 27216** | C | | NOTICE ONLY | | | | 0.00 |
| Account No. **xxxxxxxxxxx1082** <br><br> **Meyer/Cbna** <br> **Po Box 6497** <br> **Sioux Falls, SD 57117-6497** | H | | Opened 6/16/06 Last Active 5/25/08 <br> ChargeAccount <br> NOTICE ONLY | | | | 0.00 |

Sheet no. **20** of **36** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**3,373.57**

Software Copyright (c) 1996-2013 - Best Case, LLC - www.bestcase.com

Best Case Bankruptcy

In re **Daniel Seely,**      Case No. <u>14-51781</u>
      **Julie Seely**

                           Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xx5127**<br><br>**Monterey Bay GI Consultants Medical Grp**<br>**23 Upper Ragsdale DR, Suite 200**<br>**Monterey, CA 93940** | C | | NOTICE ONLY | | | | 0.00 |
| Account No. **xxxxxx5494**<br><br>**Natividad Medical Center**<br>**P.O. Box 80007**<br>**Salinas, CA 93912** | C | | NOTICE ONLY | | | | 0.00 |
| Account No. **xxxxxx55-02**<br><br>**NCCS, Inc.**<br>**PO BOX 670**<br>**Santa Rosa, CA 95402** | C | | Account balance | | | | 523.00 |
| Account No. **xxxxxx89-02**<br><br>**NCCS, Inc.**<br>**PO BOX 671**<br>**Santa Rosa, CA 95402** | C | | NOTICE ONLY | | | | 0.00 |
| Account No. **xxxxxxxxx1575**<br><br>**NCO Financial**<br>**C/o AT&T**<br>**P.O. Box 71083**<br>**Charlotte, NC 28272-1083** | C | | Account balance | | | | 417.79 |

Sheet no. <u>21</u> of <u>36</u> sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

             Subtotal
      (Total of this page)       940.79

Software Copyright (c) 1996-2013 - Best Case, LLC - www.bestcase.com         Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re **Daniel Seely,**           Case No.   **14-51781**
     **Julie Seely**

                                     Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxxx7633**<br><br>**NCO Financial**<br>**C/o UCSF Medical Center**<br>**P.O. Box 71083**<br>**Charlotte, NC 28272-1083** | | C | Account balance | | | | **4,360.00** |
| Account No. **xxxx9390**<br><br>**NCO Financial Systems, Inc.**<br>**PO BOX 15270, DEPT 55**<br>**Wilmington, DE 19850** | | C | Account balance<br>NOTICE ONLY | | | | **0.00** |
| Account No. **xxxx1466**<br><br>**Northland Group, Inc.**<br>**PO BOX 390846**<br>**Minneapolis, MN 55439** | | C | Account balance | | | | **130.23** |
| Account No. **xxxxxxxxxxxx0573**<br><br>**Pacific Credit Service, Inc.**<br>**190 S Orchard Ave Ste A2**<br>**Vacaville, CA 95688** | | H | Opened 1/20/12 Last Active 3/01/12<br>Collection Community Hospital Monterey-C | X | | X | **7,233.00** |
| Account No. **xxxxxxxxxxxx7893**<br><br>**Pacific Credit Service, Inc.**<br>**1205 Freedom Blvd**<br>**Watsonville, CA 95076** | | W | Opened 7/16/12 Last Active 10/01/12<br>Collection Dr Jon Anthony Smith Md | | | | **110.00** |

Sheet no. **22** of **36** sheets attached to Schedule of                    Subtotal
Creditors Holding Unsecured Nonpriority Claims          (Total of this page)     **11,833.23**

Software Copyright (c) 1996-2013 - Best Case, LLC - www.bestcase.com                                 Best Case Bankruptcy

In re **Daniel Seely,**      Case No.   <u>14-51781</u>
    **Julie Seely**

Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxxxxxxxxxx7888**<br><br>**Pacific Credit Service, Inc.**<br>**1205 Freedom Blvd**<br>**Watsonville, CA 95076** | | W | Opened 7/16/12 Last Active 10/01/12<br>Collection Los Palos Ambul Endoscopy | | | | 105.00 |
| Account No. **xxxxxxxxxxx7883**<br><br>**Pacific Credit Service, Inc.**<br>**1205 Freedom Blvd**<br>**Watsonville, CA 95076** | | W | Opened 7/16/12 Last Active 4/01/12<br>Collection Los Palos Gastroenterology | | | | 32.00 |
| Account No. **xxxxxx4102**<br><br>**Primerica Life Insurance Company**<br>**PO BOX 105064**<br>**Atlanta, GA 30348-5064** | C | | Account balance | | | | 992.83 |
| Account No. **xxxxx9182**<br><br>**Quest Diagnostics**<br>**PO Box 78073**<br>**Phoenix, AZ 85062-8073** | C | | Account balance | | | | 15.36 |
| Account No. **xxxxxx4591**<br><br>**Quest Diagnostics**<br>**PO Box 78073**<br>**Phoenix, AZ 85062-8073** | C | | Account balance | | | | 776.39 |

Sheet no. <u>23</u> of <u>36</u> sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)    **1,921.58**

Software Copyright (c) 1996-2013 - Best Case, LLC - www.bestcase.com      Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re **Daniel Seely,**       Case No.   __14-51781__
     **Julie Seely**

_____,
Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | | H | W | J C | | | | | |
| Account No. **xxxxx2346** | | | | | NOTICE ONLY | | | | |
| Quest Diagnostics PO Box 78073 Phoenix, AZ 85062-8073 | C | | | | | | | | 0.00 |
| Account No. **xxxxx8730** | | | | | NOTICE ONLY | | | | |
| Quest Diagnostics PO Box 78073 Phoenix, AZ 85062-8073 | C | | | | | | | | 0.00 |
| Account No. **xxxxx9411** | | | | | NOTICE ONLY | | | | |
| Quest Diagnostics PO Box 78073 Phoenix, AZ 85062-8073 | C | | | | | | | | 0.00 |
| Account No. **xxxxx7100** | | | | | Account balance | | | | |
| Quest Diagnostics PO Box 78073 Phoenix, AZ 85062-8073 | C | | | | | | | | 1,439.57 |
| Account No. **xxxxxx7816** | | | | | Account balance | | | | |
| Quest Diagnostics PO Box 78073 Phoenix, AZ 85062-8073 | C | | | | | | | | 3,049.55 |

Sheet no. __24__ of __36__ sheets attached to Schedule of        Subtotal
Creditors Holding Unsecured Nonpriority Claims        (Total of this page)     4,489.12

In re **Daniel Seely,**          Case No.   **14-51781**
      **Julie Seely**

_____,
Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxxxx1631** <br><br>**Quest Diagnostics** <br>**PO Box 78073** <br>**Phoenix, AZ 85062-8073** | C | | **Account balance** | | | | 7.26 |
| Account No. **xxxxxxxxxxxx7095** <br><br>**Rash Curtis & Associates** <br>**190 S Orchard Ave Ste A2** <br>**Vacaville, CA 95688** | | W | **Opened 10/19/12 Last Active 12/01/12** <br>**Collection Community Hospital Monterey-C** | X | | X | 3,766.00 |
| Account No. **xxxxxxxxxxxx7096** <br><br>**Rash Curtis & Associates** <br>**190 S Orchard Ave Ste A2** <br>**Vacaville, CA 95688** | | W | **Opened 10/19/12 Last Active 12/01/12** <br>**Collection Community Hospital Monterey-C** | X | | X | 2,196.00 |
| Account No. **xxxxxxxxxxxx8300** <br><br>**Rash Curtis & Associates** <br>**190 S Orchard Ave Ste A2** <br>**Vacaville, CA 95688** | | W | **Opened 7/20/12 Last Active 10/01/12** <br>**Collection Community Hospital Monterey-C** | X | | X | 589.00 |
| Account No. **xxxxxxxxxxxx8303** <br><br>**Rash Curtis & Associates** <br>**190 S Orchard Ave Ste A2** <br>**Vacaville, CA 95688** | | W | **Opened 7/20/12 Last Active 10/01/12** <br>**Collection Community Hospital Monterey-C** | X | | X | 439.00 |

Sheet no. **25** of **36** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)    6,997.26

In re **Daniel Seely,**
**Julie Seely**

Case No. **14-51781**

_____,
Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxxxxxxxxxx8302** | | | Opened 7/20/12 Last Active 10/01/12 Collection Community Hospital Monterey-C | | | | |
| **Rash Curtis & Associates** **190 S Orchard Ave Ste A2** **Vacaville, CA 95688** | | W | | X | | X | |
| | | | | | | | 421.00 |
| Account No. **xxxxxxxxxxx8301** | | | Opened 7/20/12 Last Active 10/01/12 Collection Community Hospital Monterey-C | | | | |
| **Rash Curtis & Associates** **190 S Orchard Ave Ste A2** **Vacaville, CA 95688** | | W | | X | | X | |
| | | | | | | | 291.00 |
| Account No. **xxxxxxxxxxx8199** | | | Opened 8/17/12 Last Active 10/01/12 Collection Community Hospital Monterey-C | | | | |
| **Rash Curtis & Associates** **190 S Orchard Ave Ste A2** **Vacaville, CA 95688** | | W | | X | | X | |
| | | | | | | | 98.00 |
| Account No. **xxx8300** | | | Account balance | | | | |
| **Rash Curtis & Associates** **190 S Orchard Ave Ste A2** **Vacaville, CA 95688** | | C | | | | | |
| | | | | | | | 1,709.32 |
| Account No. **xxxxxx8625** | | | Account balance | | | | |
| **Retrieval Masters Creditors Bureau, Inc.** **PO BOX 1235** **Elmsford, NY 10523-0935** | | C | | | | | |
| | | | | | | | 341.00 |

Sheet no. __26__ of __36__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**2,860.32**

Software Copyright (c) 1996-2013 - Best Case, LLC - www.bestcase.com

Best Case Bankruptcy

In re **Daniel Seely,**      Case No. **14-51781**
     **Julie Seely**

_____ ,
Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J C | | | | | | |
| Account No. **2324** <br><br> **Richard J. Boudreau & Associates, LLC 5 Industrial Way Salem, NH 03079** | C | | | | Account balance | | | | 1,488.93 |
| Account No. **xxx5504** <br><br> **Richard J. Boudreau & Associates, LLC 5 Industrial Way Salem, NH 03079** | C | | | | Account balance | | | | 764.67 |
| Account No. **xxxxxx9497** <br><br> **Salinas Valley Emergency Medical Group Inc. Dept LA23547 Pasadena, CA 91185-3547** | C | | | | NOTICE ONLY | | | | 0.00 |
| Account No. **xxxxxx1265** <br><br> **Salinas Valley Emergency Medical Group Inc. Dept LA23547 Pasadena, CA 91185-3547** | C | | | | NOTICE ONLY | | | | 0.00 |
| Account No. **x1293** <br><br> **Salinas Valley Emergency Medical Group Inc. Dept LA23547 Pasadena, CA 91185-3547** | C | | | | NOTICE ONLY | | | | 0.00 |

Sheet no. __27__ of __36__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)     **2,253.60**

In re __Daniel Seely,__
     __Julie Seely__

Case No. ___14-51781___

Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. **xxxxxx8854** | | | | Account balance | | | | |
| **Salinas Valley Emergency Medical Group Inc. Dept LA23547 Pasadena, CA 91185-3547** | C | | | | X | | X | |
| | | | | | | | | 297.00 |
| Account No. **xxxxx9906** | | | | NOTICE ONLY | | | | |
| **Salinas Valley Emergency Medical Group Inc. Dept LA23171 Pasadena, CA 91185-3547** | C | | | | | | | |
| | | | | | | | | 0.00 |
| Account No. **xxxxx5274** | | | | Account balance NOTICE ONLY | | | | |
| **Salinas Valley Memorial Healthcare System Dept LA23171 Pasadena, CA 91185** | C | | | | | | | |
| | | | | | | | | 0.00 |
| Account No. **xxxxx3027** | | | | Account balance | | | | |
| **Salinas Valley Memorial Healthcare System Dept LA23171 Pasadena, CA 91185** | C | | | | X | | X | |
| | | | | | | | | 918.80 |
| Account No. **xxxxx3437** | | | | Account balance NOTICE ONLY | | | | |
| **Salinas Valley Memorial Healthcare System Dept LA23171 Pasadena, CA 91185** | C | | | | | | | |
| | | | | | | | | 0.00 |

Sheet no. __28__ of __36__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

1,215.80

Best Case Bankruptcy

In re **Daniel Seely,**
      **Julie Seely**
_____,
Debtors

Case No. **14-51781**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. **xxxxx3763** | | | | | NOTICE ONLY | | | | |
| Salinas Valley Memorial Healthcare System Dept LA23171 Pasadena, CA 91185 | C | | | | | | | | 0.00 |
| Account No. **xxxxx2875** | | | | | NOTICE ONLY | | | | |
| Salinas Valley Memorial Healthcare System Dept LA23171 Pasadena, CA 91185 | C | | | | | | | | 0.00 |
| Account No. **xxxxx1264** | | | | | NOTICE ONLY | | | | |
| Salinas Valley Memorial Healthcare System Dept LA23171 Pasadena, CA 91185 | C | | | | | | | | 0.00 |
| Account No. **xxxxx2275** | | | | | NOTICE ONLY | | | | |
| Salinas Valley Memorial Healthcare System Dept LA23171 Pasadena, CA 91185 | C | | | | | | | | 0.00 |
| Account No. **xxxxx6360** | | | | | NOTICE ONLY | | | | |
| Salinas Valley Memorial Healthcare System Dept LA23171 Pasadena, CA 91185 | C | | | | | | | | 0.00 |

Sheet no. __29__ of __36__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

0.00

In re **Daniel Seely,**          Case No. **14-51781**
      **Julie Seely**

_____,
Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. **xxxxx1698** <br><br> **Salinas Valley Memorial Healthcare System** <br> **Dept LA23171** <br> **Pasadena, CA 91185** | C | | | | **NOTICE ONLY** | | | | 0.00 |
| Account No. **xxxx8365** <br><br> **Salinas Valley Memorial Healthcare System** <br> **Dept LA23171** <br> **Pasadena, CA 91185** | C | | | | **NOTICE ONLY** | | | | 0.00 |
| Account No. **xxxxx1265** <br><br> **Salinas Valley Memorial Healthcare System** <br> **Dept LA23171** <br> **Pasadena, CA 91185** | C | | | | **NOTICE ONLY** | | | | 0.00 |
| Account No. **xxxxx9497** <br><br> **Salinas Valley Memorial Healthcare System** <br> **Dept LA23171** <br> **Pasadena, CA 91185** | C | | | | **NOTICE ONLY** | | | | 0.00 |
| Account No. **xxxxx5274** <br><br> **Salinas Valley Memorial Healthcare System** <br> **Dept LA23171** <br> **Pasadena, CA 91185** | C | | | | **Account balance** | | | | 0.00 |

Sheet no. **30** of **36** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)      0.00

In re **Daniel Seely,**    Case No.   **14-51781**
      **Julie Seely**

_____,
                            Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J C | | | | | | |
| Account No. **xxxxx9497** | | | | | **NOTICE ONLY** | | | | |
| **Salinas Valley Memorial Healthcare System** **Dept LA23171** **Pasadena, CA 91185** | C | | | | | | | | 0.00 |
| Account No. **xxxxx1324** | | | | | **Account balance** | | | | |
| **Salinas Valley Memorial Healthcare System** **Dept LA23171** **Pasadena, CA 91185** | C | | | | | | | | 0.00 |
| Account No. **xxxxx5296** | | | | | **Account balance** | | | | |
| **Salinas Valley Memorial Healthcare Syste** **DEPT LA23171** **Pasadena, CA 91185-3171** | C | | | | | | | | 0.00 |
| Account No. **xxxxxxx8365** | | | | | **Account balance** | | | | |
| **Salinas Valley Radiologist** **PO BOX 190** **Simi Valley, CA 93062-0190** | C | | | | | X | | X | 688.25 |
| Account No. **4967** | | | | | **Account balance** | | | | |
| **Salinas Valley Urology Associates** **1115 Los Palos Dr.** **Salinas, CA 93901** | C | | | | | | | | 30.37 |

Sheet no. **31** of **36** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)    **718.62**

Software Copyright (c) 1996-2013 - Best Case, LLC - www.bestcase.com           Best Case Bankruptcy

In re **Daniel Seely,**                     Case No.    **14-51781**
      **Julie Seely**

                                             Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | **NOTICE ONLY** | | | | |
| **Segal, Cohen, & Landis, LLP** **980 9th St., 16th Floor** **Sacramento, CA 95814** | C | | | | | | **0.00** |
| Account No. **xxxxxxxxxxxx8468** | | | Opened 12/17/07  Last Active  6/01/08 CreditLineSecured | | | | |
| **Springleaf Financial Services** **Po Box 3251** **Evansville, IN 47731** | | H | | | | | **1,565.00** |
| Account No. **xxxxxxxxx4180** | | | Opened 12/17/07  Last Active  4/22/08 ChargeAccount | | | | |
| **Springleaf Financial Services** **P O Box 59** **Evansville, IN 47701** | | H | | | | | **1,565.00** |
| Account No. **xxxxxxxxxxx5876** | | | Opened  6/17/06  Last Active  6/16/07 ChargeAccount NOTICE ONLY | | | | |
| **TD Retail Card Services/Fred Meyers** **1000 Macarthur Blvd** **Mahwah, NJ 07430** | | H | | | | | **0.00** |
| Account No. **xxxxxxxxxxxx0001** | | | Opened  4/24/08  Last Active 12/15/12 NOTICE ONLY | | | | |
| **Toyota Motor** **Pob 5023** **San Roman, CA 94583** | | W | | | | | **0.00** |
| Sheet no. **32** of **36** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims | | | Subtotal (Total of this page) | | | | **3,130.00** |

Software Copyright (c) 1996-2013 - Best Case, LLC - www.bestcase.com                          Best Case Bankruptcy

In re  **Daniel Seely,**
     **Julie Seely**

Case No.    **14-51781**

_____,
Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| Account No. **xxx4923**<br><br>True North Ar. Llc<br>100 Wood Hollow Dr Ste 2<br>Novato, CA 94945 | | W | | Opened 2/16/12 Last Active 6/01/12<br>NOTICE ONLY | | | | 0.00 |
| Account No. **xxx4858**<br><br>True North Ar. Llc<br>100 Wood Hollow Dr.<br>Novato, CA 94945 | | W | | Opened 2/16/12 Last Active 6/01/12<br>NOTICE ONLY | | | | 0.00 |
| Account No. **xxx4074**<br><br>True North Ar. Llc<br>100 Wood Hollow Dr # 200<br>Novato, CA 94945 | | W | | Opened 6/01/11 Last Active 10/01/11<br>Medical | | | | 404.00 |
| Account No. **xxx0593**<br><br>True North Ar. Llc<br>100 Wood Hollow Dr # 200<br>Novato, CA 94945 | | W | | Opened 6/01/11 Last Active 10/01/11<br>Medical | | | | 387.00 |
| Account No. **xxx0654**<br><br>True North Ar. Llc<br>100 Wood Hollow Dr # 200<br>Novato, CA 94945 | | W | | Opened 6/01/11 Last Active 10/01/11<br>Medical | | | | 268.00 |

Sheet no. **33** of **36** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**1,059.00**

Software Copyright (c) 1996-2013 - Best Case, LLC - www.bestcase.com

In re    **Daniel Seely,**
     **Julie Seely**
_____,
Debtors

Case No. ___**14-51781**___

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxxx1306**<br><br>**UCSF Medical Center**<br>**Patient Financial Services**<br>**BOX 0810**<br>**San Francisco, CA 94143** | C | | Account balance | X | | X | 799.00 |
| Account No. **xxxx3927**<br><br>**UCSF Medical Center**<br>**Patient Financial Services**<br>**P.O. Box 0810**<br>**San Francisco, CA 94143-0810** | C | | NOTICE ONLY | | | | 0.00 |
| Account No. **xxxx0526**<br><br>**UCSF Medical Center**<br>**Patient Financial Services**<br>**BOX 0810**<br>**San Francisco, CA 94143** | C | | NOTICE ONLY | | | | 0.00 |
| Account No. **xxxx4410**<br><br>**UCSF Medical Center**<br>**Customer Service**<br>**Box 0810**<br>**San Francisco, CA 94143-0810** | C | | Medical Account Balance | X | | X | 1,064.00 |
| Account No. **xxxx0230**<br><br>**UCSF Medical Center**<br>**Customer Service**<br>**Box 0810**<br>**San Francisco, CA 94143-0810** | C | | NOTICE ONLY | | | | 0.00 |

Sheet no. __**34**__ of __**36**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

1,863.00

Software Copyright (c) 1996-2013 - Best Case, LLC - www.bestcase.com
Best Case Bankruptcy

In re __Daniel Seely,__  
    __Julie Seely__

Case No. ___14-51781___

Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxxx9119**<br><br>**UCSF Medical Center**<br>**Patient Financial Services**<br>**BOX 0810**<br>**San Francisco, CA 94143** | C | | Account balance | X | | X | 462.00 |
| Account No. **xxxx5768**<br><br>**UCSF Medical Center**<br>**Medical Center**<br>**PO BOX 7813**<br>**San Francisco, CA 94120** | C | | Account balance<br>NOTICE ONLY | | | | 0.00 |
| Account No. **xxxx9058**<br><br>**UCSF Medical Center**<br>**Patient Financial Services**<br>**BOX 0810**<br>**San Francisco, CA 94143** | C | | Account balance<br>NOTICE ONLY | | | | 0.00 |
| Account No. **xxxx5276**<br><br>**UCSF Medical Center**<br>**Customer Service**<br>**Box 0810**<br>**San Francisco, CA 94143-0810** | C | | Medical Account Balance<br>NOTICE ONLY | | | | 0.00 |
| Account No. **xxxx9553**<br><br>**UCSF Medical Center**<br>**Customer Service**<br>**Box 0810**<br>**San Francisco, CA 94143-0810** | C | | Medical Account Balance | X | | X | 462.00 |

Sheet no. __35__ of __36__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal  
(Total of this page)    924.00

In re **Daniel Seely,**        Case No.   __14-51781__
     **Julie Seely**
_____,
Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxx-xxxxxxx-x527-0** <br><br> **Waste Management** <br> **PO BOX 541008** <br> **Los Angeles, CA 90054** | | C | **Account balance** | | | | **250.16** |
| Account No. **xxxxxxxxxxxx3601** <br><br> **Zales/Cbna** <br> **Po Box 6497** <br> **Sioux Falls, SD 57117-6497** | | H | **Opened 6/01/06 ChargeAccount NOTICE ONLY** | | | | **0.00** |
| Account No. | | | | | | | |
| Account No. | | | | | | | |
| Account No. | | | | | | | |

Sheet no. __36__ of __36__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

| | | |
|---|---|---|
| Subtotal (Total of this page) | | **250.16** |
| Total (Report on Summary of Schedules) | | **153,940.06** |

Software Copyright (c) 1996-2013 - Best Case, LLC - www.bestcase.com      Best Case Bankruptcy

In re   **Daniel Seely,**                                                            Case No.    **14-51781**
       **Julie Seely**

Debtors

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property. Include any timeshare interests. State nature of debtor's interest in contract, i.e., "Purchaser", "Agent", etc. State whether debtor is the lessor or lessee of a lease. Provide the names and complete mailing addresses of all other parties to each lease or contract described. If a minor child is a party to one of the leases or contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

■ Check this box if debtor has no executory contracts or unexpired leases.

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest. State whether lease is for nonresidential real property. State contract number of any government contract. |
|---|---|
| | |

**0**    continuation sheets attached to Schedule of Executory Contracts and Unexpired Leases

.

In re    **Daniel Seely,**                 Case No.    __**14-51781**__

       **Julie Seely**

                               Debtors

# SCHEDULE H - CODEBTORS

Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by debtor in the schedules of creditors. Include all guarantors and co-signers. If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory. Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case. If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐   Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **Rosalie Seely**<br>**Stockton, CA**<br>   **Debtor mother co-signer.** | **Central Coast Federal Credit Union**<br>**4242 Gigling Rd**<br>**Seaside, CA 93955** |

**0**

—— continuation sheets attached to Schedule of Codebtors

Case: 14-51781    Doc# 13    Filed: 05/16/14    Entered: 05/16/14 11:41:50    Page 51 of 79

Fill in this information to identify your case:

Debtor 1 **Daniel Seely**

Debtor 2 **Julie Seely**
(Spouse, if filing)

United States Bankruptcy Court for the: NORTHERN DISTRICT OF CALIFORNIA

Case number **14-51781**
(If known)

Check if this is:
☐ An amended filing
☐ A supplement showing post-petition chapter 13 income as of the following date:

MM / DD/ YYYY

Official Form B 6I

# Schedule I: Your Income                                                12/13

Be as complete and accurate as possible. If two married people are filing together (Debtor 1 and Debtor 2), both are equally responsible for supplying correct information. If you are married and not filing jointly, and your spouse is living with you, include information about your spouse. If you are separated and your spouse is not filing with you, do not include information about your spouse. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

**Part 1:        Describe Employment**

1. **Fill in your employment information.**

   If you have more than one job, attach a separate page with information about additional employers.

   Include part-time, seasonal, or self-employed work.

   Occupation may include student or homemaker, if it applies.

| | | Debtor 1 | Debtor 2 or non-filing spouse |
|---|---|---|---|
| Employment status | | ☑ Employed <br> ☐ Not employed | ☑ Employed <br> ☐ Not employed |
| Occupation | | **Constuction** | **Office Assistant** |
| Employer's name | | **JL Dibendetto, Inc.** | **Pacific Ag Rentals/Star Sanitation** |
| Employer's address | | **P. O. Box 762** <br> **Carmel by the Sea, CA 93921** | **4 Harris Road** <br> **Salinas, CA 93908** |
| How long employed there? | | **6 months** | **2 months** |

**Part 2:        Give Details About Monthly Income**

Estimate monthly income as of the date you file this form. If you have nothing to report for any line, write $0 in the space. Include your non-filing spouse unless you are separated.

If you or your non-filing spouse have more than one employer, combine the information for all employers for that person on the lines below. If you need more space, attach a separate sheet to this form.

| | | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|---|
| 2. | **List monthly gross wages, salary, and commissions** (before all payroll deductions). If not paid monthly, calculate what the monthly wage would be. | 2. | $ **7,280.00** | $ **2,426.67** |
| 3. | **Estimate and list monthly overtime pay.** | 3. | +$ **0.00** | +$ **0.00** |
| 4. | **Calculate gross Income.** Add line 2 + line 3. | 4. | $ **7,280.00** | $ **2,426.67** |

Case: 14-51781     Doc# 13     Filed: 05/16/14     Entered: 05/16/14 11:41:50     Page 52 of 79

| | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|

Debtor 1  **Daniel Seely**
Debtor 2  **Julie Seely**                     Case number (*if known*)  **14-51781**

| | | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|---|
| | **Copy line 4 here** | 4. | $ 7,280.00 | $ 2,426.67 |
| 5. | **List all payroll deductions:** | | | |
| | 5a. **Tax, Medicare, and Social Security deductions** | 5a. | $ 1,560.95 | $ 322.10 |
| | 5b. **Mandatory contributions for retirement plans** | 5b. | $ 0.00 | $ 0.00 |
| | 5c. **Voluntary contributions for retirement plans** | 5c. | $ 0.00 | $ 0.00 |
| | 5d. **Required repayments of retirement fund loans** | 5d. | $ 0.00 | $ 0.00 |
| | 5e. **Insurance** | 5e. | $ 0.00 | $ 214.00 |
| | 5f. **Domestic support obligations** | 5f. | $ 0.00 | $ 0.00 |
| | 5g. **Union dues** | 5g. | $ 0.00 | $ 102.90 |
| | 5h. **Other deductions.** Specify: **AFLAC - Disability** | 5h.+ | $ 90.91 | + $ 0.00 |
| | **AFLAC - Life Ins.** | | $ 205.79 | $ 0.00 |
| 6. | **Add the payroll deductions.** Add lines 5a+5b+5c+5d+5e+5f+5g+5h. | 6. | $ 1,857.65 | $ 639.00 |
| 7. | **Calculate total monthly take-home pay.** Subtract line 6 from line 4. | 7. | $ 5,422.35 | $ 1,787.67 |
| 8. | **List all other income regularly received:** | | | |
| | 8a. **Net income from rental property and from operating a business, profession, or farm** Attach a statement for each property and business showing gross receipts, ordinary and necessary business expenses, and the total monthly net income. | 8a. | $ 0.00 | $ 0.00 |
| | 8b. **Interest and dividends** | 8b. | $ 0.00 | $ 0.00 |
| | 8c. **Family support payments that you, a non-filing spouse, or a dependent receive regularly** Include alimony, spousal support, child support, maintenance, divorce settlement, and property settlement. | 8c. | $ 0.00 | $ 0.00 |
| | 8d. **Unemployment compensation** | 8d. | $ 0.00 | $ 0.00 |
| | 8e. **Social Security** | 8e. | $ 0.00 | $ 0.00 |
| | 8f. **Other government assistance that you regularly receive** Include cash assistance and the value (if known) of any non-cash assistance that you receive, such as food stamps (benefits under the Supplemental Nutrition Assistance Program) or housing subsidies. Specify: _____ | 8f. | $ 0.00 | $ 0.00 |
| | 8g. **Pension or retirement income** | 8g. | $ 0.00 | $ 0.00 |
| | 8h. **Other monthly income.** Specify: _____ | 8h.+ | $ 0.00 | + $ 0.00 |
| 9. | **Add all other income.** Add lines 8a+8b+8c+8d+8e+8f+8g+8h. | 9. | $ 0.00 | $ 0.00 |
| 10. | **Calculate monthly income.** Add line 7 + line 9. Add the entries in line 10 for Debtor 1 and Debtor 2 or non-filing spouse. | 10. | $ 5,422.35 + $ 1,787.67 | = $ 7,210.02 |
| 11. | **State all other regular contributions to the expenses that you list in Schedule J.** Include contributions from an unmarried partner, members of your household, your dependents, your roommates, and other friends or relatives. Do not include any amounts already included in lines 2-10 or amounts that are not available to pay expenses listed in *Schedule J*. Specify: _____ | 11. | +$ 0.00 | |
| 12. | **Add the amount in the last column of line 10 to the amount in line 11.** The result is the combined monthly income. Write that amount on the *Summary of Schedules* and *Statistical Summary of Certain Liabilities* and Related *Data*, if it applies | 12. | $ 7,210.02 | |
| | | | **Combined monthly income** | |

13. **Do you expect an increase or decrease within the year after you file this form?**
☐ No.
■ Yes. Explain: _____

Case: 14-51781    Doc# 13    Filed: 05/16/14    Entered: 05/16/14 11:41:50    Page 53 of 79

Fill in this information to identify your case:

Debtor 1 **Daniel Seely**

Debtor 2 **Julie Seely**
(Spouse, if filing)

United States Bankruptcy Court for the: NORTHERN DISTRICT OF CALIFORNIA

Case number **14-51781**
(If known)

Check if this is:

☐ An amended filing

☐ A supplement showing post-petition chapter 13 expenses as of the following date:

_____
MM / DD / YYYY

☐ A separate filing for Debtor 2 because Debtor 2 maintains a separate household

Official Form B 6J

# Schedule J: Your Expenses
12/13

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach another sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

**Part 1:** **Describe Your Household**

1. **Is this a joint case?**

   ☐ No. Go to line 2.

   ■ Yes. **Does Debtor 2 live in a separate household?**

   ■ No
   ☐ Yes. Debtor 2 must file a separate Schedule J.

2. **Do you have dependents?** ☐ No

   Do not list Debtor 1 and Debtor 2.

   ☐ Yes. Fill out this information for each dependent...........

   Do not state the dependents' names.

| Dependent's relationship to Debtor 1 or Debtor 2 | Dependent's age | Does dependent live with you? |
|---|---|---|
| **Mother** | **61** | ☐ No  ■ Yes |
| **Father** | **64** | ☐ No  ■ Yes |
| _____ | _____ | ☐ No  ☐ Yes |
| _____ | _____ | ☐ No  ☐ Yes |

3. **Do your expenses include expenses of people other than yourself and your dependents?**

   ■ No
   ☐ Yes

**Part 2:** **Estimate Your Ongoing Monthly Expenses**

Estimate your expenses as of your bankruptcy filing date unless you are using this form as a supplement in a Chapter 13 case to report expenses as of a date after the bankruptcy is filed. If this is a supplemental *Schedule J*, check the box at the top of the form and fill in the applicable date.

Include expenses paid for with non-cash government assistance if you know the value of such assistance and have included it on *Schedule I: Your Income* (Official Form 6I).

| | Your expenses |
|---|---|

4. **The rental or home ownership expenses for your residence.** Include first mortgage payments and any rent for the ground or lot.

   4. $ _____ **2,000.00**

   **If not included in line 4:**

   4a. Real estate taxes    4a. $ _____ **0.00**
   4b. Property, homeowner's, or renter's insurance    4b. $ _____ **0.00**
   4c. Home maintenance, repair, and upkeep expenses    4c. $ _____ **250.00**
   4d. Homeowner's association or condominium dues    4d. $ _____ **0.00**

5. **Additional mortgage payments for your residence,** such as home equity loans    5. $ _____ **0.00**

Case: 14-51781    Doc# 13    Filed: 05/16/14    Entered: 05/16/14 11:41:50    Page 54 of 79

| | | | | |
|---|---|---|---|---|
| 6. | **Utilities:** | | | |
| | 6a. | Electricity, heat, natural gas | 6a. $ | 225.00 |
| | 6b. | Water, sewer, garbage collection | 6b. $ | 180.00 |
| | 6c. | Telephone, cell phone, Internet, satellite, and cable services | 6c. $ | 0.00 |
| | 6d. | Other. Specify: **Cell Phones** | 6d. $ | 230.00 |
| | | **Cable** | $ | 150.00 |
| | | **Home Phone** | $ | 50.00 |
| | | **Internet** | $ | 60.00 |
| 7. | **Food and housekeeping supplies** | | 7. $ | 1,000.00 |
| 8. | **Childcare and children's education costs** | | 8. $ | 0.00 |
| 9. | **Clothing, laundry, and dry cleaning** | | 9. $ | 300.00 |
| 10. | **Personal care products and services** | | 10. $ | 400.00 |
| 11. | **Medical and dental expenses** | | 11. $ | 470.00 |
| 12. | **Transportation.** Include gas, maintenance, bus or train fare. Do not include car payments. | | 12. $ | 675.00 |
| 13. | **Entertainment, clubs, recreation, newspapers, magazines, and books** | | 13. $ | 250.00 |
| 14. | **Charitable contributions and religious donations** | | 14. $ | 160.00 |
| 15. | **Insurance.** Do not include insurance deducted from your pay or included in lines 4 or 20. | | | |
| | 15a. | Life insurance | 15a. $ | 0.00 |
| | 15b. | Health insurance | 15b. $ | 0.00 |
| | 15c. | Vehicle insurance | 15c. $ | 291.00 |
| | 15d. | Other insurance. Specify: | 15d. $ | 0.00 |
| 16. | **Taxes.** Do not include taxes deducted from your pay or included in lines 4 or 20. Specify: | | 16. $ | 0.00 |
| 17. | **Installment or lease payments:** | | | |
| | 17a. | Car payments for Vehicle 1 | 17a. $ | 0.00 |
| | 17b. | Car payments for Vehicle 2 | 17b. $ | 0.00 |
| | 17c. | Other. Specify: | 17c. $ | 0.00 |
| | 17d. | Other. Specify: | 17d. $ | 0.00 |
| 18. | **Your payments of alimony, maintenance, and support that you did not report as deducted from your pay on line 5,** *Schedule I, Your Income* **(Official Form 6I).** | | 18. $ | 0.00 |
| 19. | **Other payments you make to support others who do not live with you.** Specify: | | 19. | |
| | | | $ | 0.00 |
| 20. | **Other real property expenses not included in lines 4 or 5 of this form or on** *Schedule I: Your Income.* | | | |
| | 20a. | Mortgages on other property | 20a. $ | 0.00 |
| | 20b. | Real estate taxes | 20b. $ | 0.00 |
| | 20c. | Property, homeowner's, or renter's insurance | 20c. $ | 0.00 |
| | 20d. | Maintenance, repair, and upkeep expenses | 20d. $ | 0.00 |
| | 20e. | Homeowner's association or condominium dues | 20e. $ | 0.00 |
| 21. | **Other:** Specify: **Pet Food & Supplies** | | 21. +$ | 244.00 |
| | | **Timeshare Fees $489.00 yr** | +$ | 40.75 |
| | | **Tool purchases for work** | +$ | 84.00 |
| 22. | **Your monthly expenses.** Add lines 4 through 21. The result is your monthly expenses. | | 22. $ | 7,059.75 |
| 23. | **Calculate your monthly net income.** | | | |
| | 23a. | Copy line 12 *(your combined monthly income)* from Schedule I. | 23a. $ | 7,210.02 |
| | 23b. | Copy your monthly expenses from line 22 above. | 23b. -$ | 7,059.75 |
| | 23c. | Subtract your monthly expenses from your monthly income. The result is your *monthly net income.* | 23c. $ | 150.27 |

24. **Do you expect an increase or decrease in your expenses within the year after you file this form?**
For example, do you expect to finish paying for your car loan within the year or do you expect your mortgage payment to increase or decrease because of a modification to the terms of your mortgage?

☒ No.

☐ Yes. Explain:

Case: 14-51781    Doc# 13    Filed: 05/16/14    Entered: 05/16/14 11:41:50    Page 55 of 79

# United States Bankruptcy Court
## Northern District of California

In re **Daniel Seely**
**Julie Seely**

Debtor(s)

Case No. **14-51781**

Chapter **13**

## DECLARATION CONCERNING DEBTOR'S SCHEDULES

### DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of **55** sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date **May 15, 2014**

Signature **/s/ Daniel Seely**
**Daniel Seely**
Debtor

Date **May 15, 2014**

Signature **/s/ Julie Seely**
**Julie Seely**
Joint Debtor

*Penalty for making a false statement or concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

# United States Bankruptcy Court
## Northern District of California

In re    **Daniel Seely**
      **Julie Seely**                               Case No.    **14-51781**

                                     Debtor(s)             Chapter      **13**

# STATEMENT OF FINANCIAL AFFAIRS

This statement is to be completed by every debtor. Spouses filing a joint petition may file a single statement on which the information for both spouses is combined. If the case is filed under chapter 12 or chapter 13, a married debtor must furnish information for both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. An individual debtor engaged in business as a sole proprietor, partner, family farmer, or self-employed professional, should provide the information requested on this statement concerning all such activities as well as the individual's personal affairs. To indicate payments, transfers and the like to minor children, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

Questions 1 - 18 are to be completed by all debtors. Debtors that are or have been in business, as defined below, also must complete Questions 19 - 25. **If the answer to an applicable question is "None," mark the box labeled "None."** If additional space is needed for the answer to any question, use and attach a separate sheet properly identified with the case name, case number (if known), and the number of the question.

### *DEFINITIONS*

*"In business."* A debtor is "in business" for the purpose of this form if the debtor is a corporation or partnership. An individual debtor is "in business" for the purpose of this form if the debtor is or has been, within six years immediately preceding the filing of this bankruptcy case, any of the following: an officer, director, managing executive, or owner of 5 percent or more of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or self-employed full-time or part-time. An individual debtor also may be "in business" for the purpose of this form if the debtor engages in a trade, business, or other activity, other than as an employee, to supplement income from the debtor's primary employment.

*"Insider."* The term "insider" includes but is not limited to: relatives of the debtor; general partners of the debtor and their relatives; corporations of which the debtor is an officer, director, or person in control; officers, directors, and any persons in control of a corporate debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(2), (31).

---

**1. Income from employment or operation of business**

None
☐

State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business, including part-time activities either as an employee or in independent trade or business, from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the **two years** immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year.) If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE |
|--------|--------|
| $24,066.00 | 2014YTD Husband Income - J.L. DiBenedetto Construction, Inc. |
| $27,678.00 | 2013 Husband Income - J.L. DiBenedetto Construction, Inc. |
| $5,045.25 | 2014YTD Wife Income - Pacific Ag Rentals LLC |
| $6,622.50 | 2013 Wife Income - Universal Staffing, Inc. |
| $1,628.00 | 2012 Wife Income - Universal Staffing, Inc. |
| $9,473.62 | 2013 Wife Income - The Salad Farm LLC |
| $1,375.50 | 2012 Wife Income - Robert Half Staffing, Inc. |
| $94.50 | 2012 Wife Income - American Cooling Inc. |
| $9,674.50 | 2012 Wife Income - Mann Power Inc. |

### 2. Income other than from employment or operation of business

None ☐

State the amount of income received by the debtor other than from employment, trade, profession, or operation of the debtor's business during the **two years** immediately preceding the commencement of this case. Give particulars. If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE |
|---|---|
| **$4,381.00** | **2013 Wife Income - Unemployment** |
| **$4,745.00** | **2012 Wife Income - Unemployment** |

### 3. Payments to creditors

None ■

***Complete a. or b., as appropriate, and c.***

    a.   *Individual or joint debtor(s) with primarily consumer debts:* List all payments on loans, installment purchases of goods or services, and other debts to any creditor made within **90 days** immediately preceding the commencement of this case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $600. Indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

None ■

    b.   *Debtor whose debts are not primarily consumer debts:* List each payment or other transfer to any creditor made within **90 days** immediately preceding the commencement of the case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $6,225*. If the debtor is an individual, indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments and other transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS/ TRANSFERS | AMOUNT PAID OR VALUE OF TRANSFERS | AMOUNT STILL OWING |
|---|---|---|---|

None ■

    c.   *All debtors:* List all payments made within **one year** immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR AND RELATIONSHIP TO DEBTOR | DATE OF PAYMENT | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

### 4. Suits and administrative proceedings, executions, garnishments and attachments

None ■

a. List all suits and administrative proceedings to which the debtor is or was a party within **one year** immediately preceding the filing of this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|

None ☐

b. Describe all property that has been attached, garnished or seized under any legal or equitable process within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

*Amount subject to adjustment on 4/01/16, and every three years thereafter with respect to cases commenced on or after the date of adjustment.*

| NAME AND ADDRESS OF PERSON FOR WHOSE BENEFIT PROPERTY WAS SEIZED | DATE OF SEIZURE | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| **Franchise Tax Board**<br>**PO Box 2952**<br>**Sacramento, CA 95812-2952** | **8/2013** | **Wage Garnishment**<br>**Value $1,440.00** |

### 5. Repossessions, foreclosures and returns

None
■

List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR OR SELLER | DATE OF REPOSSESSION, FORECLOSURE SALE, TRANSFER OR RETURN | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

### 6. Assignments and receiverships

None
■

a. Describe any assignment of property for the benefit of creditors made within **120 days** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF ASSIGNEE | DATE OF ASSIGNMENT | TERMS OF ASSIGNMENT OR SETTLEMENT |
|---|---|---|

None
■

b. List all property which has been in the hands of a custodian, receiver, or court-appointed official within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CUSTODIAN | NAME AND LOCATION OF COURT CASE TITLE & NUMBER | DATE OF ORDER | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|---|

### 7. Gifts

None
■

List all gifts or charitable contributions made within **one year** immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient. (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON OR ORGANIZATION | RELATIONSHIP TO DEBTOR, IF ANY | DATE OF GIFT | DESCRIPTION AND VALUE OF GIFT |
|---|---|---|---|

### 8. Losses

None
■

List all losses from fire, theft, other casualty or gambling within **one year** immediately preceding the commencement of this case **or since the commencement of this case.** (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| DESCRIPTION AND VALUE OF PROPERTY | DESCRIPTION OF CIRCUMSTANCES AND, IF LOSS WAS COVERED IN WHOLE OR IN PART BY INSURANCE, GIVE PARTICULARS | DATE OF LOSS |
|---|---|---|

---

**9.  Payments related to debt counseling or bankruptcy**

None
☐

List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of the petition in bankruptcy within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS<br>OF PAYEE | DATE OF PAYMENT,<br>NAME OF PAYER IF OTHER<br>THAN DEBTOR | AMOUNT OF MONEY<br>OR DESCRIPTION AND VALUE<br>OF PROPERTY |
|---|---|---|
| **Central Coast Bankruptcy, Inc.**<br>**532 Pajaro Street**<br>**Salinas, CA 93901** | 10/1/2012 | **Filing Fee = $281.00**<br>**Credit Counseling = $60.00**<br>**Credit Report = $72.00**<br>**Attorney's Fee = $1,161.00** |

---

**10.  Other transfers**

None
■

a.  List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within **two years** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF TRANSFEREE,<br>RELATIONSHIP TO DEBTOR | DATE | DESCRIBE PROPERTY TRANSFERRED<br>AND VALUE RECEIVED |
|---|---|---|

None
■

b.  List all property transferred by the debtor within **ten years** immediately preceding the commencement of this case to a self-settled trust or similar device of which the debtor is a beneficiary.

| NAME OF TRUST OR OTHER<br>DEVICE | DATE(S) OF<br>TRANSFER(S) | AMOUNT OF MONEY OR DESCRIPTION AND<br>VALUE OF PROPERTY OR DEBTOR'S INTEREST<br>IN PROPERTY |
|---|---|---|

---

**11.  Closed financial accounts**

None
■

List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within **one year** immediately preceding the commencement of this case. Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions. (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF INSTITUTION | TYPE OF ACCOUNT, LAST FOUR<br>DIGITS OF ACCOUNT NUMBER,<br>AND AMOUNT OF FINAL BALANCE | AMOUNT AND DATE OF SALE<br>OR CLOSING |
|---|---|---|

---

**12.  Safe deposit boxes**

None
■

List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF BANK<br>OR OTHER DEPOSITORY | NAMES AND ADDRESSES<br>OF THOSE WITH ACCESS<br>TO BOX OR DEPOSITORY | DESCRIPTION<br>OF CONTENTS | DATE OF TRANSFER OR<br>SURRENDER, IF ANY |
|---|---|---|---|

---

**13.  Setoffs**

None
■

List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within **90 days** preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATE OF SETOFF | AMOUNT OF SETOFF |
|---|---|---|

**14. Property held for another person**

None ■

List all property owned by another person that the debtor holds or controls.

| NAME AND ADDRESS OF OWNER | DESCRIPTION AND VALUE OF PROPERTY | LOCATION OF PROPERTY |
|---|---|---|

**15. Prior address of debtor**

None ■

If the debtor has moved within **three years** immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case. If a joint petition is filed, report also any separate address of either spouse.

| ADDRESS | NAME USED | DATES OF OCCUPANCY |
|---|---|---|

**16. Spouses and Former Spouses**

None ■

If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within **eight years** immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state.

NAME

**17. Environmental Information.**

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes, or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to, disposal sites.

"Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar term under an Environmental Law

None ■

a. List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law. Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law:

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

None ■

b. List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material. Indicate the governmental unit to which the notice was sent and the date of the notice.

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

None ■

c. List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law with respect to which the debtor is or was a party. Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number.

| NAME AND ADDRESS OF GOVERNMENTAL UNIT | DOCKET NUMBER | STATUS OR DISPOSITION |
|---|---|---|

**18 . Nature, location and name of business**

None □

a. *If the debtor is an individual*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partner in a partnership, sole proprietor, or was self-employed in a trade, profession, or other activity either full- or part-time within **six years** immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

*If the debtor is a partnership*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within **six years** immediately preceding the commencement of this case.

*If the debtor is a corporation*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

| NAME | LAST FOUR DIGITS OF SOCIAL-SECURITY OR OTHER INDIVIDUAL TAXPAYER-I.D. NO. (ITIN)/ COMPLETE EIN | ADDRESS | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
|---|---|---|---|---|
| **Daniel Seely Construction** | **4109** | **17961 Pesante Road Salinas, CA 93907** | **Construction** | **2006 through 2008** |

None ■

b. Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101.

NAME ADDRESS

---

The following questions are to be completed by every debtor that is a corporation or partnership and by any individual debtor who is or has been, within **six years** immediately preceding the commencement of this case, any of the following: an officer, director, managing executive, or owner of more than 5 percent of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership, a sole proprietor, or self-employed in a trade, profession, or other activity, either full- or part-time.

*(An individual or joint debtor should complete this portion of the statement **only** if the debtor is or has been in business, as defined above, within six years immediately preceding the commencement of this case. A debtor who has not been in business within those six years should go directly to the signature page.)*

---

**19. Books, records and financial statements**

None ■

a. List all bookkeepers and accountants who within **two years** immediately preceding the filing of this bankruptcy case kept or supervised the keeping of books of account and records of the debtor.

NAME AND ADDRESS DATES SERVICES RENDERED

None ■

b. List all firms or individuals who within the **two years** immediately preceding the filing of this bankruptcy case have audited the books of account and records, or prepared a financial statement of the debtor.

NAME ADDRESS DATES SERVICES RENDERED

None ■

c. List all firms or individuals who at the time of the commencement of this case were in possession of the books of account and records of the debtor. If any of the books of account and records are not available, explain.

NAME ADDRESS

None ■

d. List all financial institutions, creditors and other parties, including mercantile and trade agencies, to whom a financial statement was issued by the debtor within **two years** immediately preceding the commencement of this case.

NAME AND ADDRESS DATE ISSUED

**20. Inventories**

None
■ a. List the dates of the last two inventories taken of your property, the name of the person who supervised the taking of each inventory, and the dollar amount and basis of each inventory.

| DATE OF INVENTORY | INVENTORY SUPERVISOR | DOLLAR AMOUNT OF INVENTORY (Specify cost, market or other basis) |
| --- | --- | --- |

None
■ b. List the name and address of the person having possession of the records of each of the inventories reported in a., above.

| DATE OF INVENTORY | NAME AND ADDRESSES OF CUSTODIAN OF INVENTORY RECORDS |
| --- | --- |

**21 . Current Partners, Officers, Directors and Shareholders**

None
■ a. If the debtor is a partnership, list the nature and percentage of partnership interest of each member of the partnership.

| NAME AND ADDRESS | NATURE OF INTEREST | PERCENTAGE OF INTEREST |
| --- | --- | --- |

None
■ b. If the debtor is a corporation, list all officers and directors of the corporation, and each stockholder who directly or indirectly owns, controls, or holds 5 percent or more of the voting or equity securities of the corporation.

| NAME AND ADDRESS | TITLE | NATURE AND PERCENTAGE OF STOCK OWNERSHIP |
| --- | --- | --- |

**22 . Former partners, officers, directors and shareholders**

None
■ a. If the debtor is a partnership, list each member who withdrew from the partnership within **one year** immediately preceding the commencement of this case.

| NAME | ADDRESS | DATE OF WITHDRAWAL |
| --- | --- | --- |

None
■ b. If the debtor is a corporation, list all officers, or directors whose relationship with the corporation terminated within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS | TITLE | DATE OF TERMINATION |
| --- | --- | --- |

**23 . Withdrawals from a partnership or distributions by a corporation**

None
■ If the debtor is a partnership or corporation, list all withdrawals or distributions credited or given to an insider, including compensation in any form, bonuses, loans, stock redemptions, options exercised and any other perquisite during **one year** immediately preceding the commencement of this case.

| NAME & ADDRESS OF RECIPIENT, RELATIONSHIP TO DEBTOR | DATE AND PURPOSE OF WITHDRAWAL | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
| --- | --- | --- |

**24. Tax Consolidation Group.**

None
■ If the debtor is a corporation, list the name and federal taxpayer identification number of the parent corporation of any consolidated group for tax purposes of which the debtor has been a member at any time within **six years** immediately preceding the commencement of the case.

| NAME OF PARENT CORPORATION | TAXPAYER IDENTIFICATION NUMBER (EIN) |
| --- | --- |

**25. Pension Funds.**

None  If the debtor is not an individual, list the name and federal taxpayer-identification number of any pension fund to which the debtor, as
■  an employer, has been responsible for contributing at any time within **six years** immediately preceding the commencement of the case.

NAME OF PENSION FUND                                    TAXPAYER IDENTIFICATION NUMBER (EIN)

* * * * * *

## DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto
and that they are true and correct.

Date  **May 15, 2014**                  Signature  **/s/ Daniel Seely**
                                                    **Daniel Seely**
                                                    Debtor

Date  **May 15, 2014**                  Signature  **/s/ Julie Seely**
                                                    **Julie Seely**
                                                    Joint Debtor

*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571*

# United States Bankruptcy Court
## Northern District of California

In re **Daniel Seely**
**Julie Seely**
_____
Debtor(s)

Case No. __14-51781__

Chapter __13__

## STATEMENT PURSUANT TO RULE 2016(B)

The undersigned, pursuant to Rule 2016(b), Bankruptcy Rules, states that:

1.     The undersigned is the attorney for the debtor(s) in this case.

2.     The compensation paid or agreed to be paid by the debtor(s), to the undersigned is:
   a)     For legal services rendered or to be rendered in contemplation of and in connection with this case ............................................. $     4,300.00
   b)     Prior to the filing of this statement, debtor(s) have paid ............ $     1,961.00
   c)     The unpaid balance due and payable is ........................... $     2,339.00

3.     $ __281.00__ of the filing fee in this case has been paid.

4.     The Services rendered or to be rendered include the following:
   a.     Analysis of the financial situation, and rendering advice and assistance to the debtor(s) in determining whether to file a petition under title 11 of the United States Code.

5.     The source of payments made by the debtor(s) to the undersigned was from earnings, wages and compensation for services performed, and

6.     The source of payments to be made by the debtor(s) to the undersigned for the unpaid balance remaining, if any, will be from earnings, wages and compensation for services performed, and

7.     The undersigned has received no transfer, assignment or pledge of property from debtor(s) except the following for the value stated:

8.     The undersigned has not shared or agreed to share with any other entity, other than with members of undersigned's law firm, any compensation paid or to be paid except as follows:

Dated:  **May 15, 2014**
_____

Respectfully submitted,

**/s/ Jason Vogelpohl**
_____
Attorney for Debtor: **Jason Vogelpohl 252407**
**Central Coast Bankruptcy, Inc.**
**532 Pajaro Street**
**Salinas, CA 93901**
**831-783-0260  Fax: 831-783-0232**
**jason@centralcoastbankruptcy.com**

In re **Daniel Seely**
    **Julie Seely** _____  Case No. _____
Debtor(s)

## STATEMENT PURSUANT TO RULE 2016(B)
**Attachment A**

I have not agreed to share the above-disclosed compensation with any other person unless they are member of my law firm. However, I occasionally request that an attorney who is not a member of my firm appear at a 341 meeting or other hearing and this appearance is made without compensation. In other instances, I share fees with special appearance counsel in an amount not to exceed $100.00 per appearance. If fees are shared, there is no additional charge to the debtor(s).

**United States Bankruptcy Court for the Northern District of California**
**San Jose Division**

In re:  Daniel Seely
        Julie Seely

Case No.:  **14-51781**

# RIGHTS AND RESPONSIBILITIES OF CHAPTER 13
## DEBTORS AND THEIR ATTORNEYS

It is important for debtors who file a bankruptcy case under Chapter 13 to understand their rights and responsibilities. It is also important that debtors understand their attorney's responsibilities as well as the importance of communicating with their attorney to make the case successful. Debtors should know what services their attorneys are supposed to perform. In order to assure that debtors and their attorneys understand their rights and responsibilities in the bankruptcy process, the following guidelines are hereby agreed to by the debtors and their attorneys. Unless the Court orders otherwise,

## BEFORE THE CASE IS FILED

The debtor agrees to:

1. Provide the attorney with accurate financial information.

2. Discuss with the attorney the debtor's objectives in filing the case.

The attorney agrees to:

1. Meet with the debtor to review the debtor's debts, assets, liabilities, income, and expenses.

2. Counsel the debtor regarding the advisability of filing either a Chapter 7 or Chapter 13 case, discuss both procedures with the debtor, and answer the debtor's questions.

3. Explain what payments will be made directly by the debtor and what payments will be made through the debtor's Chapter 13 plan, with particular attention to mortgage and vehicle loan payments, as well as any other claims which accrue interest.

4. Explain to the debtor how, when, and where to make the Chapter 13 plan payments.

5. Explain to the debtor how the attorney's fees and trustee's fees are paid and provide an executed copy of this document to the debtor.

6. Explain to the debtor that the first plan payment must be made to the Trustee within 30 days of the earlier of date of the filing of the plan or order for relief.

7. Advise the debtor of the requirement to attend the §341(a) Meeting of Creditors, and instruct the debtor as to the date, time and place of the meeting.

8. Advise the debtor of the necessity of maintaining liability, collision and comprehensive insurance on vehicles securing loans or leases.

9. Timely prepare and file the debtor's petition, plan, statements and schedules.

## AFTER THE CASE IS FILED

The debtor agrees to:

1. Keep the trustee and attorney informed of the debtor's address and telephone number.

2. Inform the attorney of any wage garnishments or attachments of assets which occur or continue after the filing of the case.

3. Contact the attorney promptly if the debtor loses his/her job or has other financial problems.

4. Let the attorney know if the debtor is sued during the case. Inform the attorney if any tax refunds the debtor is entitled to are seized or not returned to the debtor by the IRS or Franchise Tax Board.

5. Contact the attorney before buying, refinancing, or selling real property or before entering into any long-term loan agreements to find out what approvals are required.

6. Pay any filing fees and expenses that may be incurred directly to the attorney.

The attorney agrees to provide the following legal services:

1. Appear at the §341(a) Meeting of Creditors with the debtor.

1

Software Copyright (c) 1996-2014 Best Case, LLC - www.bestcase.com

Best Case Bankruptcy

2. Respond to objections to plan confirmation, and where necessary, prepare an amended plan.

3. Prepare, file, and serve necessary modifications to the plan which may include suspending, lowering, or increasing plan payments.

4. Prepare, file, and serve necessary amended statements and schedules, in accordance with information provided by the debtor.

5. Prepare, file, and serve necessary motions to buy, sell, or refinance real property when appropriate.

6. Object to improper or invalid claims, if necessary, based upon documentation provided by the debtor.

7. Represent the debtor in motions for relief from stay.

8. Where appropriate, prepare, file, and serve necessary motions to avoid liens on real or personal property.

9. Provide such other legal services as are necessary for the administration of the case before the Bankruptcy Court.

### ATTORNEY COMPENSATION

The "Guidelines for Payment of Attorney's Fees in Chapter 13 Cases for the San Jose Division" provides for maximum initial fees in the following amounts:

### Initial Fees

| Work Required by Case | Allowable Fees |
|---|---|
| Base Case | $3300 (additional $300 authorized for compromise plan in cases against to Judge Weissbrodt) |
| Real Property Claims | $1350 |
| Additional Real Property Claims Greater than $10,000 | $500 per property |
| State or Federal Tax Claims | $700 |
| Vehicle Loans or Leases | $700 |
| Operating Business | $1800 |
| Support Arrears Claims | $800 |
| Student Loans | $300 |
| 25+ Creditors | $300 |
| Motion to Commence or Extend the Stay | $650 |

Initial fees charged in this case are $ __4,300.00__ .

In addition to these initial fees, in the following situations the attorney may apply to the court for the additional fees shown below which shall be approved upon application:

### Add on Fees

| Work Required by Case | Allowable Fees |
|---|---|
| Post Confirmation Modification Schedules I & J--*No Filing Required* | $400 |
| Post Confirmation Modification Schedules I & J--*Filing Required* | $600 |
| Motion to Sell, Refinance, Modify Loan, Convey Title, Purchase Real Property--*No Hearing Required* | $600 for each motion to sell, refinance, modify loan, or purchase *Restriction: Compensation for modification of loan is limited to one modification per loan over a two year period.* |
| Motion To Sell, Refinance, Modify Loan, Convey Title, Purchase Real Property--*Hearing Required* | $850 for each motion to sell, refinance, modify loan, or purchase *Restriction: Compensation for modification of loan is limited to one modification per loan over a two year period.* |
| Each Motion for Relief from Stay for Cases pending more than one year--*Personal Property* | $500 for each motion |
| Each Motion for Relief from Stay for Cases pending more than one year--*Real Property* | $650 for each motion |
| Each Motion To Dismiss, Convert, or Reconvert, Excluding Trustee's Notices of Default Regarding Plan Payments | $450 *Does not apply to Pre-Confirmation Motions to Dismiss in Cases* |

2

| | Assigned to the Judges Novack or Johnson |
|---|---|
| Each Motion or Adversary Proceeding to Value and/or Avoid Real Property Liens | $1200 for first lien, additional liens on the same property compensated at $400 per lien |
| Avoiding Judicial Liens on Property | $1200 (one fee per property) *Court encourages consolidated motion for judicial lien avoidance* |
| Preparation of Tax Return: This is not required by debtor's counsel, but is optional. | $200 per tax year |

In addition, if the above fees ordered by the court are not sufficient to compensate the attorney for the legal services rendered and costs incurred in the case, the attorney further agrees to apply to the court for approval of such fees and costs, attaching a supporting declaration with time records justifying that said fees and costs are merited and have not been compensated within the amounts previously ordered. Reimbursement of advanced court fees shall be awarded independently of other fees and costs. Fees shall be paid through the plan unless otherwise ordered. The attorney may not receive fees directly from the debtor other than the initial retainer.

If the debtor disputes the legal services provided or the fees charged by the attorney, an objection may be filed with the court and the matter set for hearing. The attorney may move to withdraw or the client may discharge the attorney at any time.

Date **May 15, 2014**          Signature **/s/ Daniel Seely**

**Daniel Seely**
Debtor

Date **May 15, 2014**          Signature **/s/ Julie Seely**

**Julie Seely**
Joint Debtor

Attorney **/s/ Jason Vogelpohl**

**Jason Vogelpohl 252407**

3

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF CALIFORNIA

## NOTICE TO CONSUMER DEBTOR(S) UNDER § 342(b)
## OF THE BANKRUPTCY CODE

In accordance with § 342(b) of the Bankruptcy Code, this notice to individuals with primarily consumer debts: (1) Describes briefly the services available from credit counseling services; (2) Describes briefly the purposes, benefits and costs of the four types of bankruptcy proceedings you may commence; and (3) Informs you about bankruptcy crimes and notifies you that the Attorney General may examine all information you supply in connection with a bankruptcy case.

You are cautioned that bankruptcy law is complicated and not easily described. Thus, you may wish to seek the advice of an attorney to learn of your rights and responsibilities should you decide to file a petition. Court employees cannot give you legal advice.

Notices from the bankruptcy court are sent to the mailing address you list on your bankruptcy petition. In order to ensure that you receive information about events concerning your case, Bankruptcy Rule 4002 requires that you notify the court of any changes in your address. If you are filing a **joint case** (a single bankruptcy case for two individuals married to each other), and each spouse lists the same mailing address on the bankruptcy petition, you and your spouse will generally receive a single copy of each notice mailed from the bankruptcy court in a jointly-addressed envelope, unless you file a statement with the court requesting that each spouse receive a separate copy of all notices.

## 1. Services Available from Credit Counseling Agencies

**With limited exceptions, § 109(h) of the Bankruptcy Code requires that all individual debtors who file for bankruptcy relief on or after October 17, 2005, receive a briefing that outlines the available opportunities for credit counseling and provides assistance in performing a budget analysis.** The briefing must be given within 180 days **before** the bankruptcy filing. The briefing may be provided individually or in a group (including briefings conducted by telephone or on the Internet) and must be provided by a nonprofit budget and credit counseling agency approved by the United States trustee or bankruptcy administrator. The clerk of the bankruptcy court has a list that you may consult of the approved budget and credit counseling agencies. Each debtor in a joint case must complete the briefing.

**In addition, after filing a bankruptcy case, an individual debtor generally must complete a financial management instructional course before he or she can receive a discharge.** The clerk also has a list of approved financial management instructional courses. Each debtor in a joint case must complete the course.

## 2. The Four Chapters of the Bankruptcy Code Available to Individual Consumer Debtors

### Chapter 7: Liquidation ($245 filing fee, $46 administrative fee, $15 trustee surcharge: Total Fee $306)

Chapter 7 is designed for debtors in financial difficulty who do not have the ability to pay their existing debts. Debtors whose debts are primarily consumer debts are subject to a "means test" designed to determine whether the case should be permitted to proceed under chapter 7. If your income is greater than the median income for your state of residence and family size, in some cases, the United States trustee (or bankruptcy administrator), the trustee, or creditors have the right to file a motion requesting that the court dismiss your case under § 707(b) of the Code. It is up to the court to decide whether the case should be dismissed.

Under chapter 7, you may claim certain of your property as exempt under governing law. A trustee may have the right to take possession of and sell the remaining property that is not exempt and use the sale proceeds to pay your creditors.

The purpose of filing a chapter 7 case is to obtain a discharge of your existing debts. If, however, you are found to have committed certain kinds of improper conduct described in the Bankruptcy Code, the court may deny your discharge and, if it does, the purpose for which you filed the bankruptcy petition will be defeated.

Even if you receive a general discharge, some particular debts are not discharged under the law. Therefore, you may still be responsible for most taxes and student loans; debts incurred to pay nondischargeable taxes; domestic support and property settlement obligations; most fines, penalties, forfeitures, and criminal restitution obligations; certain debts which are not properly listed in your bankruptcy papers; and debts for death or personal injury caused by operating a motor vehicle, vessel, or aircraft while intoxicated from alcohol or drugs. Also, if a creditor can prove that a debt arose from fraud, breach of fiduciary duty, or theft, or from a willful and malicious injury, the bankruptcy court may determine that the debt is not discharged.

### Chapter 13: Repayment of All or Part of the Debts of an Individual with Regular Income ($235 filing fee, $46 administrative fee: Total fee $281)

Chapter 13 is designed for individuals with regular income who would like to pay all or part of their debts in installments

over a period of time. You are only eligible for chapter 13 if your debts do not exceed certain dollar amounts set forth in the Bankruptcy Code.

Under chapter 13, you must file with the court a plan to repay your creditors all or part of the money that you owe them, using your future earnings. The period allowed by the court to repay your debts may be three years or five years, depending upon your income and other factors. The court must approve your plan before it can take effect.

After completing the payments under your plan, your debts are generally discharged except for domestic support obligations; most student loans; certain taxes; most criminal fines and restitution obligations; certain debts which are not properly listed in your bankruptcy papers; certain debts for acts that caused death or personal injury; and certain long term secured obligations.

### Chapter 11: Reorganization ($1,167 filing fee, $46 administrative fee: Total fee $1,213)

Chapter 11 is designed for the reorganization of a business but is also available to consumer debtors. Its provisions are quite complicated, and any decision by an individual to file a chapter 11 petition should be reviewed with an attorney.

### Chapter 12: Family Farmer or Fisherman ($200 filing fee, $46 administrative fee: Total fee $246)

Chapter 12 is designed to permit family farmers and fishermen to repay their debts over a period of time from future earnings and is similar to chapter 13. The eligibility requirements are restrictive, limiting its use to those whose income arises primarily from a family-owned farm or commercial fishing operation.

## 3. Bankruptcy Crimes and Availability of Bankruptcy Papers to Law Enforcement Officials

A person who knowingly and fraudulently conceals assets or makes a false oath or statement under penalty of perjury, either orally or in writing, in connection with a bankruptcy case is subject to a fine, imprisonment, or both. All information supplied by a debtor in connection with a bankruptcy case is subject to examination by the Attorney General acting through the Office of the United States Trustee, the Office of the United States Attorney, and other components and employees of the Department of Justice.

**WARNING:** Section 521(a)(1) of the Bankruptcy Code requires that you promptly file detailed information regarding your creditors, assets, liabilities, income, expenses and general financial condition. Your bankruptcy case may be dismissed if this information is not filed with the court within the time deadlines set by the Bankruptcy Code, the Bankruptcy Rules, and the local rules of the court. The documents and the deadlines for filing them are listed on Form B200, which is posted at http://www.uscourts.gov/bkforms/bankruptcy_forms.html#procedure.

B 201B (Form 201B) (12/09)

# United States Bankruptcy Court
## Northern District of California

In re    **Daniel Seely**
       **Julie Seely**           Case No.    **14-51781**

                          Debtor(s)      Chapter    **13**

## CERTIFICATION OF NOTICE TO CONSUMER DEBTOR(S)
## UNDER § 342(b) OF THE BANKRUPTCY CODE

### Certification of Debtor

I (We), the debtor(s), affirm that I (we) have received and read the attached notice, as required by § 342(b) of the Bankruptcy Code.

| **Daniel Seely**<br>**Julie Seely** | X | **/s/ Daniel Seely** | **May 15, 2014** |
|---|---|---|---|
| Printed Name(s) of Debtor(s) | | Signature of Debtor | Date |
| Case No. (if known)   **14-51781** | X | **/s/ Julie Seely** | **May 15, 2014** |
| | | Signature of Joint Debtor (if any) | Date |

---

**Instructions:** Attach a copy of Form B 201 A, Notice to Consumer Debtor(s) Under § 342(b) of the Bankruptcy Code.

Use this form to certify that the debtor has received the notice required by 11 U.S.C. § 342(b) **only** if the certification has **NOT** been made on the Voluntary Petition, Official Form B1. Exhibit B on page 2 of Form B1 contains a certification by the debtor's attorney that the attorney has given the notice to the debtor. The Declarations made by debtors and bankruptcy petition preparers on page 3 of Form B1 also include this certification.

| | | |
|---|---|---|
| In re | **Daniel Seely**<br>**Julie Seely** | |
| | Debtor(s) | |
| Case Number: | **14-51781** | |
| | (If known) | |

| |
|---|
| According to the calculations required by this statement: |
| ☐ **The applicable commitment period is 3 years.** |
| ■ **The applicable commitment period is 5 years.** |
| ■ **Disposable income is determined under § 1325(b)(3).** |
| ☐ **Disposable income is not determined under § 1325(b)(3).** |
| (Check the boxes as directed in Lines 17 and 23 of this statement.) |

# CHAPTER 13 STATEMENT OF CURRENT MONTHLY INCOME
# AND CALCULATION OF COMMITMENT PERIOD AND DISPOSABLE INCOME

In addition to Schedules I and J, this statement must be completed by every individual chapter 13 debtor, whether or not filing jointly. Joint debtors may complete one statement only.

| | Part I. REPORT OF INCOME | | |
|---|---|---|---|
| 1 | **Marital/filing status.** Check the box that applies and complete the balance of this part of this statement as directed.<br>a. ☐ Unmarried. **Complete only Column A ("Debtor's Income") for Lines 2-10.**<br>b. ■ Married. **Complete both Column A ("Debtor's Income") and Column B ("Spouse's Income") for Lines 2-10.** | | |
| | All figures must reflect average monthly income received from all sources, derived during the six calendar months prior to filing the bankruptcy case, ending on the last day of the month before the filing. If the amount of monthly income varied during the six months, you must divide the six-month total by six, and enter the result on the appropriate line. | **Column A**<br>Debtor's<br>Income | **Column B**<br>Spouse's<br>Income |
| 2 | **Gross wages, salary, tips, bonuses, overtime, commissions.** | $ 6,968.50 | $ 1,795.08 |
| 3 | **Income from the operation of a business, profession, or farm.** Subtract Line b from Line a and enter the difference in the appropriate column(s) of Line 3. If you operate more than one business, profession or farm, enter aggregate numbers and provide details on an attachment. Do not enter a number less than zero. **Do not include any part of the business expenses entered on Line b as a deduction in Part IV.**<br><br>a. Gross receipts — Debtor $ 0.00 — Spouse $ 0.00<br>b. Ordinary and necessary business expenses — $ 0.00 — $ 0.00<br>c. Business income — Subtract Line b from Line a | $ 0.00 | $ 0.00 |
| 4 | **Rents and other real property income.** Subtract Line b from Line a and enter the difference in the appropriate column(s) of Line 4. Do not enter a number less than zero. **Do not include any part of the operating expenses entered on Line b as a deduction in Part IV.**<br><br>a. Gross receipts — Debtor $ 0.00 — Spouse $ 0.00<br>b. Ordinary and necessary operating expenses — $ 0.00 — $ 0.00<br>c. Rent and other real property income — Subtract Line b from Line a | $ 0.00 | $ 0.00 |
| 5 | **Interest, dividends, and royalties.** | $ 0.00 | $ 0.00 |
| 6 | **Pension and retirement income.** | $ 0.00 | $ 0.00 |
| 7 | **Any amounts paid by another person or entity, on a regular basis, for the household expenses of the debtor or the debtor's dependents, including child support paid for that purpose.** Do not include alimony or separate maintenance payments or amounts paid by the debtor's spouse. Each regular payment should be reported in only one column; if a payment is listed in Column A, do not report that payment in Column B. | $ 0.00 | $ 0.00 |
| 8 | **Unemployment compensation.** Enter the amount in the appropriate column(s) of Line 8. However, if you contend that unemployment compensation received by you or your spouse was a benefit under the Social Security Act, do not list the amount of such compensation in Column A or B, but instead state the amount in the space below:<br><br>Unemployment compensation claimed to be a benefit under the Social Security Act — Debtor $ 0.00 — Spouse $ 0.00 | $ 0.00 | $ 0.00 |

| 9 | **Income from all other sources.** Specify source and amount. If necessary, list additional sources on a separate page. Total and enter on Line 9. **Do not include alimony or separate maintenance payments paid by your spouse, but include all other payments of alimony or separate maintenance. Do not include** any benefits received under the Social Security Act or payments received as a victim of a war crime, crime against humanity, or as a victim of international or domestic terrorism. | | | | |
|---|---|---|---|---|---|
| | | Debtor | Spouse | | |
| | a. | $ | $ | | |
| | b. | $ | $ | $ **0.00** | $ **0.00** |
| 10 | **Subtotal.** Add Lines 2 thru 9 in Column A, and, if Column B is completed, add Lines 2 through 9 in Column B. Enter the total(s). | | | $ **6,968.50** | $ **1,795.08** |
| 11 | **Total.** If Column B has been completed, add Line 10, Column A to Line 10, Column B, and enter the total. If Column B has not been completed, enter the amount from Line 10, Column A. | | | $ | **8,763.58** |

## Part II. CALCULATION OF § 1325(b)(4) COMMITMENT PERIOD

| 12 | Enter the amount from Line 11 | $ | **8,763.58** |
|---|---|---|---|
| 13 | **Marital Adjustment.** If you are married, but are not filing jointly with your spouse, AND if you contend that calculation of the commitment period under § 1325(b)(4) does not require inclusion of the income of your spouse, enter on Line 13 the amount of the income listed in Line 10, Column B that was NOT paid on a regular basis for the household expenses of you or your dependents and specify, in the lines below, the basis for excluding this income (such as payment of the spouse's tax liability or the spouse's support of persons other than the debtor or the debtor's dependents) and the amount of income devoted to each purpose. If necessary, list additional adjustments on a separate page. If the conditions for entering this adjustment do not apply, enter zero. | | |
| | a. \| \| $ <br> b. \| \| $ <br> c. \| \| $ | | |
| | Total and enter on Line 13 | $ | **0.00** |
| 14 | **Subtract Line 13 from Line 12 and enter the result.** | $ | **8,763.58** |
| 15 | **Annualized current monthly income for § 1325(b)(4).** Multiply the amount from Line 14 by the number 12 and enter the result. | $ | **105,162.96** |
| 16 | **Applicable median family income.** Enter the median family income for applicable state and household size. (This information is available by family size at www.usdoj.gov/ust/ or from the clerk of the bankruptcy court.) | | |
| | a. Enter debtor's state of residence: **CA**   b. Enter debtor's household size: **4** | $ | **76,211.00** |
| 17 | **Application of § 1325(b)(4).** Check the applicable box and proceed as directed. <br> ☐ **The amount on Line 15 is less than the amount on Line 16.** Check the box for "The applicable commitment period is 3 years" at the top of page 1 of this statement and continue with this statement. <br> ■ **The amount on Line 15 is not less than the amount on Line 16.** Check the box for "The applicable commitment period is 5 years" at the top of page 1 of this statement and continue with this statement. | | |

## Part III. APPLICATION OF § 1325(b)(3) FOR DETERMINING DISPOSABLE INCOME

| 18 | Enter the amount from Line 11. | $ | **8,763.58** |
|---|---|---|---|
| 19 | **Marital Adjustment.** If you are married, but are not filing jointly with your spouse, enter on Line 19 the total of any income listed in Line 10, Column B that was NOT paid on a regular basis for the household expenses of the debtor or the debtor's dependents. Specify in the lines below the basis for excluding the Column B income(such as payment of the spouse's tax liability or the spouse's support of persons other than the debtor or the debtor's dependents) and the amount of income devoted to each purpose. If necessary, list additional adjustments on a separate page. If the conditions for entering this adjustment do not apply, enter zero. | | |
| | a. \| \| $ <br> b. \| \| $ <br> c. \| \| $ | | |
| | Total and enter on Line 19. | $ | **0.00** |
| 20 | **Current monthly income for § 1325(b)(3).** Subtract Line 19 from Line 18 and enter the result. | $ | **8,763.58** |

| 21 | **Annualized current monthly income for § 1325(b)(3).** Multiply the amount from Line 20 by the number 12 and enter the result. | $ | **105,162.96** |
|---|---|---|---|
| 22 | **Applicable median family income.** Enter the amount from Line 16. | $ | **76,211.00** |

| 23 | **Application of § 1325(b)(3).** Check the applicable box and proceed as directed. <br><br> ■ **The amount on Line 21 is more than the amount on Line 22.** Check the box for "Disposable income is determined under § 1325(b)(3)" at the top of page 1 of this statement and complete the remaining parts of this statement. <br><br> ☐ **The amount on Line 21 is not more than the amount on Line 22.** Check the box for "Disposable income is not determined under § 1325(b)(3)" at the top of page 1 of this statement and complete Part VII of this statement. **Do not complete Parts IV, V, VI.** |
|---|---|

## Part IV. CALCULATION OF DEDUCTIONS FROM INCOME

### Subpart A: Deductions under Standards of the Internal Revenue Service (IRS)

| 24A | **National Standards: food, apparel and services, housekeeping supplies, personal care, and miscellaneous.** Enter in Line 24A the "Total" amount from IRS National Standards for Allowable Living Expenses for the applicable number of persons. (This information is available at www.usdoj.gov/ust/ or from the clerk of the bankruptcy court.) The applicable number of persons is the number that would currently be allowed as exemptions on your federal income tax return, plus the number of any additional dependents whom you support. | $ | **1,465.00** |
|---|---|---|---|

| 24B | **National Standards: health care.** Enter in Line a1 below the amount from IRS National Standards for Out-of-Pocket Health Care for persons under 65 years of age, and in Line a2 the IRS National Standards for Out-of-Pocket Health Care for persons 65 years of age or older. (This information is available at www.usdoj.gov/ust/ or from the clerk of the bankruptcy court.) Enter in Line b1 the applicable number of persons who are under 65 years of age, and enter in Line b2 the applicable number of persons who are 65 years of age or older. (The applicable number of persons in each age category is the number in that category that would currently be allowed as exemptions on your federal income tax return, plus the number of any additional dependents whom you support.) Multiply Line a1 by Line b1 to obtain a total amount for persons under 65, and enter the result in Line c1. Multiply Line a2 by Line b2 to obtain a total amount for persons 65 and older, and enter the result in Line c2. Add Lines c1 and c2 to obtain a total health care amount, and enter the result in Line 24B. | | |
|---|---|---|---|

| Persons under 65 years of age | | Persons 65 years of age or older | | | |
|---|---|---|---|---|---|
| a1. | Allowance per person | **60** | a2. | Allowance per person | **144** |
| b1. | Number of persons | **4** | b2. | Number of persons | **0** |
| c1. | Subtotal | **240.00** | c2. | Subtotal | **0.00** |

with Line 24B total: $ **240.00**

| 25A | **Local Standards: housing and utilities; non-mortgage expenses.** Enter the amount of the IRS Housing and Utilities Standards; non-mortgage expenses for the applicable county and family size. (This information is available at www.usdoj.gov/ust/ or from the clerk of the bankruptcy court.) The applicable family size consists of the number that would currently be allowed as exemptions on your federal income tax return, plus the number of any additional dependents whom you support. | $ | **563.00** |
|---|---|---|---|

| 25B | **Local Standards: housing and utilities; mortgage/rent expense.** Enter, in Line a below, the amount of the IRS Housing and Utilities Standards; mortgage/rent expense for your county and family size (this information is available at www.usdoj.gov/ust/ or from the clerk of the bankruptcy court) (the applicable family size consists of the number that would currently be allowed as exemptions on your federal income tax return, plus the number of any additional dependents whom you support); enter on Line b the total of the Average Monthly Payments for any debts secured by your home, as stated in Line 47; subtract Line b from Line a and enter the result in Line 25B. **Do not enter an amount less than zero.** | | |
|---|---|---|---|

| a. | IRS Housing and Utilities Standards; mortgage/rent expense | $ | **2,531.00** |
|---|---|---|---|
| b. | Average Monthly Payment for any debts secured by your home, if any, as stated in Line 47 | $ | **0.00** |
| c. | Net mortgage/rental expense | Subtract Line b from Line a. | |

Line 25B total: $ **2,531.00**

| 26 | **Local Standards: housing and utilities; adjustment.** If you contend that the process set out in Lines 25A and 25B does not accurately compute the allowance to which you are entitled under the IRS Housing and Utilities Standards, enter any additional amount to which you contend you are entitled, and state the basis for your contention in the space below: | $ | **0.00** |
|---|---|---|---|

| 27A | **Local Standards: transportation; vehicle operation/public transportation expense.** You are entitled to an expense allowance in this category regardless of whether you pay the expenses of operating a vehicle and regardless of whether you use public transportation. Check the number of vehicles for which you pay the operating expenses or for which the operating expenses are included as a contribution to your household expenses in Line 7. ☐ 0    ☐ 1    ■ 2 or more. If you checked 0, enter on Line 27A the "Public Transportation" amount from IRS Local Standards: Transportation.  If you checked 1 or 2 or more, enter on Line 27A the "Operating Costs" amount from IRS Local Standards: Transportation for the applicable number of vehicles in the applicable Metropolitan Statistical Area or Census Region. (These amounts are available at www.usdoj.gov/ust/ or from the clerk of the bankruptcy court.) | $ | **672.00** |
|---|---|---|---|

| 27B | **Local Standards: transportation; additional public transportation expense.**  If you pay the operating expenses for a vehicle and also use public transportation, and you contend that you are entitled to an additional deduction for your public transportation expenses, enter on Line 27B the "Public Transportation" amount from the IRS Local Standards: Transportation. (This amount is available at www.usdoj.gov/ust/ or from the clerk of the bankruptcy court.) | $ | **0.00** |
|---|---|---|---|

| 28 | **Local Standards: transportation ownership/lease expense; Vehicle 1.**  Check the number of vehicles for which you claim an ownership/lease expense. (You may not claim an ownership/lease expense for more than two vehicles.) ☐ 1    ☐ 2 or more. Enter, in Line a below, the "Ownership Costs" for "One Car" from the IRS Local Standards: Transportation (available at www.usdoj.gov/ust/ or from the clerk of the bankruptcy court); enter in Line b the total of the Average Monthly Payments for any debts secured by Vehicle 1, as stated in Line 47; subtract Line b from Line a and enter the result in Line 28.  **Do not enter an amount less than zero.** | | |
|---|---|---|---|

| | a. | IRS Transportation Standards, Ownership Costs | $ | 0.00 | | |
|---|---|---|---|---|---|---|
| | b. | Average Monthly Payment for any debts secured by Vehicle 1, as stated in Line 47 | $ | 0.00 | | |
| | c. | Net ownership/lease expense for Vehicle 1 | Subtract Line b from Line a. | | $ | **0.00** |

| 29 | **Local Standards: transportation ownership/lease expense; Vehicle 2.** Complete this Line only if you checked the "2 or more" Box in Line 28. Enter, in Line a below, the "Ownership Costs" for "One Car" from the IRS Local Standards: Transportation (available at www.usdoj.gov/ust/ or from the clerk of the bankruptcy court); enter in Line b the total of the Average Monthly Payments for any debts secured by Vehicle 2, as stated in Line 47; subtract Line b from Line a and enter the result in Line 29.  **Do not enter an amount less than zero.** | | |
|---|---|---|---|

| | a. | IRS Transportation Standards, Ownership Costs | $ | 0.00 | | |
|---|---|---|---|---|---|---|
| | b. | Average Monthly Payment for any debts secured by Vehicle 2, as stated in Line 47 | $ | 0.00 | | |
| | c. | Net ownership/lease expense for Vehicle 2 | Subtract Line b from Line a. | | $ | **0.00** |

| 30 | **Other Necessary Expenses: taxes.** Enter the total average monthly expense that you actually incur for all federal, state, and local taxes, other than real estate and sales taxes, such as income taxes, self employment taxes, social security taxes, and Medicare taxes. **Do not include real estate or sales taxes.** | $ | **1,560.95** |
|---|---|---|---|

| 31 | **Other Necessary Expenses: involuntary deductions for employment.**  Enter the total average monthly deductions that are required for your employment, such as mandatory retirement contributions, union dues, and uniform costs.  **Do not include discretionary amounts, such as voluntary 401(k) contributions.** | $ | **0.00** |
|---|---|---|---|

| 32 | **Other Necessary Expenses: life insurance.**  Enter total average monthly premiums that you actually pay for term life insurance for yourself.  **Do not include premiums for insurance on your dependents, for whole life or for any other form of insurance.** | $ | **102.90** |
|---|---|---|---|

| 33 | **Other Necessary Expenses: court-ordered payments.**  Enter the total monthly amount that you are required to pay pursuant to the order of a court or administrative agency, such as spousal or child support payments.  **Do not include payments on past due obligations included in line 49.** | $ | **0.00** |
|---|---|---|---|

| 34 | **Other Necessary Expenses: education for employment or for a physically or mentally challenged child.** Enter the total average monthly amount that you actually expend for education that is a condition of employment and for education that is required for a physically or mentally challenged dependent child for whom no public education providing similar services is available. | $ | **0.00** |
|---|---|---|---|

| 35 | **Other Necessary Expenses: childcare.**  Enter the total average monthly amount that you actually expend on childcare - such as baby-sitting, day care, nursery and preschool.  **Do not include other educational payments.** | $ | **0.00** |
|---|---|---|---|

| 36 | **Other Necessary Expenses: health care.** Enter the total average monthly amount that you actually expend on health care that is required for the health and welfare of yourself or your dependents, that is not reimbursed by insurance or paid by a health savings account, and that is in excess of the amount entered in Line 24B. **Do not include payments for health insurance or health savings accounts listed in Line 39.** | $ | **230.00** |
|----|----|----|----|
| 37 | **Other Necessary Expenses: telecommunication services.** Enter the total average monthly amount that you actually pay for telecommunication services other than your basic home telephone and cell phone service - such as pagers, call waiting, caller id, special long distance, or internet service-to the extent necessary for your health and welfare or that of your dependents. **Do not include any amount previously deducted.** | $ | **50.00** |
| 38 | **Total Expenses Allowed under IRS Standards.** Enter the total of Lines 24 through 37. | $ | **7,414.85** |

<table>
<tr><td colspan="4" align="center"><b>Subpart B: Additional Living Expense Deductions</b><br><b>Note: Do not include any expenses that you have listed in Lines 24-37</b></td></tr>
</table>

| 39 | **Health Insurance, Disability Insurance, and Health Savings Account Expenses.** List the monthly expenses in the categories set out in lines a-c below that are reasonably necessary for yourself, your spouse, or your dependents. | | |
|----|----|----|----|

| a. | Health Insurance | $ | **214.00** |
|----|----|----|----|
| b. | Disability Insurance | $ | **45.46** |
| c. | Health Savings Account | $ | **0.00** |

Total and enter on Line 39                                                                                                            $      **259.46**

**If you do not actually expend this total amount,** state your actual total average monthly expenditures in the space below:

$

| 40 | **Continued contributions to the care of household or family members.** Enter the total average actual monthly expenses that you will continue to pay for the reasonable and necessary care and support of an elderly, chronically ill, or disabled member of your household or member of your immediate family who is unable to pay for such expenses. **Do not include payments listed in Line 34.** | $ | **0.00** |
|----|----|----|----|
| 41 | **Protection against family violence.** Enter the total average reasonably necessary monthly expenses that you actually incur to maintain the safety of your family under the Family Violence Prevention and Services Act or other applicable federal law. The nature of these expenses is required to be kept confidential by the court. | $ | **0.00** |
| 42 | **Home energy costs.** Enter the total average monthly amount, in excess of the allowance specified by IRS Local Standards for Housing and Utilities that you actually expend for home energy costs. **You must provide your case trustee with documentation of your actual expenses, and you must demonstrate that the additional amount claimed is reasonable and necessary.** | $ | **0.00** |
| 43 | **Education expenses for dependent children under 18.** Enter the total average monthly expenses that you actually incur, not to exceed $156.25 per child, for attendance at a private or public elementary or secondary school by your dependent children less than 18 years of age. **You must provide your case trustee with documentation of your actual expenses, and you must explain why the amount claimed is reasonable and necessary and not already accounted for in the IRS Standards.** | $ | **0.00** |
| 44 | **Additional food and clothing expense.** Enter the total average monthly amount by which your food and clothing expenses exceed the combined allowances for food and clothing (apparel and services) in the IRS National Standards, not to exceed 5% of those combined allowances. (This information is available at www.usdoj.gov/ust/ or from the clerk of the bankruptcy court.) **You must demonstrate that the additional amount claimed is reasonable and necessary.** | $ | **51.00** |
| 45 | **Charitable contributions.** Enter the amount reasonably necessary for you to expend each month on charitable contributions in the form of cash or financial instruments to a charitable organization as defined in 26 U.S.C. § 170(c)(1)-(2). **Do not include any amount in excess of 15% of your gross monthly income.** | $ | **83.00** |
| 46 | **Total Additional Expense Deductions under § 707(b).** Enter the total of Lines 39 through 45. | $ | **393.46** |

| | Subpart C: Deductions for Debt Payment | | | | |
|---|---|---|---|---|---|
| 47 | **Future payments on secured claims.** For each of your debts that is secured by an interest in property that you own, list the name of creditor, identify the property securing the debt, state the Average Monthly Payment, and check whether the payment includes taxes or insurance. The Average Monthly Payment is the total of all amounts scheduled as contractually due to each Secured Creditor in the 60 months following the filing of the bankruptcy case, divided by 60. If necessary, list additional entries on a separate page. Enter the total of the Average Monthly Payments on Line 47. | | | | |

| | | Name of Creditor | Property Securing the Debt | Average Monthly Payment | Does payment include taxes or insurance | |
|---|---|---|---|---|---|---|
| | a. | **-NONE-** | | $ | ☐yes ☐no | |
| | | | | Total: Add Lines | | $ 0.00 |

| 48 | **Other payments on secured claims.** If any of debts listed in Line 47 are secured by your primary residence, a motor vehicle, or other property necessary for your support or the support of your dependents, you may include in your deduction 1/60th of any amount (the "cure amount") that you must pay the creditor in addition to the payments listed in Line 47, in order to maintain possession of the property. The cure amount would include any sums in default that must be paid in order to avoid repossession or foreclosure. List and total any such amounts in the following chart. If necessary, list additional entries on a separate page. | | | | |
|---|---|---|---|---|---|

| | | Name of Creditor | Property Securing the Debt | 1/60th of the Cure Amount | |
|---|---|---|---|---|---|
| | a. | **-NONE-** | | $ | |
| | | | | Total: Add Lines | $ 0.00 |

| 49 | **Payments on prepetition priority claims.** Enter the total amount, divided by 60, of all priority claims, such as priority tax, child support and alimony claims, for which you were liable at the time of your bankruptcy filing. **Do not include current obligations, such as those set out in Line 33.** | $ 0.00 |
|---|---|---|

| 50 | **Chapter 13 administrative expenses.** Multiply the amount in Line a by the amount in Line b, and enter the resulting administrative expense. | | | |
|---|---|---|---|---|
| | a. | Projected average monthly Chapter 13 plan payment. | $ 75.00 | |
| | b. | Current multiplier for your district as determined under schedules issued by the Executive Office for United States Trustees. (This information is available at www.usdoj.gov/ust/ or from the clerk of the bankruptcy court.) | x 6.50 | |
| | c. | Average monthly administrative expense of chapter 13 case | Total: Multiply Lines a and b | $ 4.88 |

| 51 | **Total Deductions for Debt Payment.** Enter the total of Lines 47 through 50. | $ 4.88 |
|---|---|---|

| | Subpart D: Total Deductions from Income | |
|---|---|---|
| 52 | **Total of all deductions from income.** Enter the total of Lines 38, 46, and 51. | $ 7,813.19 |

| | Part V. DETERMINATION OF DISPOSABLE INCOME UNDER § 1325(b)(2) | |
|---|---|---|
| 53 | **Total current monthly income.** Enter the amount from Line 20. | $ 8,763.58 |
| 54 | **Support income.** Enter the monthly average of any child support payments, foster care payments, or disability payments for a dependent child, reported in Part I, that you received in accordance with applicable nonbankruptcy law, to the extent reasonably necessary to be expended for such child. | $ 0.00 |
| 55 | **Qualified retirement deductions.** Enter the monthly total of (a) all amounts withheld by your employer from wages as contributions for qualified retirement plans, as specified in § 541(b)(7) and (b) all required repayments of loans from retirement plans, as specified in § 362(b)(19). | $ 0.00 |
| 56 | **Total of all deductions allowed under § 707(b)(2).** Enter the amount from Line 52. | $ 7,813.19 |

| 57 | **Deduction for special circumstances.** If there are special circumstances that justify additional expenses for which there is no reasonable alternative, describe the special circumstances and the resulting expenses in lines a-c below. If necessary, list additional entries on a separate page. Total the expenses and enter the total in Line 57. **You must provide your case trustee with documentation of these expenses and you must provide a detailed explanation of the special circumstances that make such expense necessary and reasonable.** | | |
|---|---|---|---|

| | Nature of special circumstances | Amount of Expense | |
|---|---|---|---|
| a. | **Wife is no longer working** | $ | **1,795.08** |
| b. | **Wife unemployment benefits** | $ | **-1,024.00** |
| c. | | $ | |
| d. | | $ | |
| e. | | $ | |
| | | Total: Add Lines | $ **771.08** |

| 58 | **Total adjustments to determine disposable income.** Add the amounts on Lines 54, 55, 56, and 57 and enter the result. | $ | **8,584.27** |
|---|---|---|---|
| 59 | **Monthly Disposable Income Under § 1325(b)(2).** Subtract Line 58 from Line 53 and enter the result. | $ | **179.31** |

## Part VI. ADDITIONAL EXPENSE CLAIMS

| 60 | **Other Expenses.** List and describe any monthly expenses, not otherwise stated in this form, that are required for the health and welfare of you and your family and that you contend should be an additional deduction from your current monthly income under § 707(b)(2)(A)(ii)(I). If necessary, list additional sources on a separate page. All figures should reflect your average monthly expense for each item. Total the expenses. | | |
|---|---|---|---|

| | Expense Description | Monthly Amount | |
|---|---|---|---|
| a. | **Timeshare Fees $400.00 yr** | $ | **34.00** |
| b. | | $ | |
| c. | | $ | |
| d. | | $ | |
| | Total: Add Lines a, b, c and d | $ | **34.00** |

## Part VII. VERIFICATION

| 61 | I declare under penalty of perjury that the information provided in this statement is true and correct. *(If this is a joint case, both debtors must sign.)* |
|---|---|

Date: **May 15, 2014**                    Signature: **/s/ Daniel Seely**

                                                              **Daniel Seely**
                                                              (Debtor)

Date: **May 15, 2014**                    Signature: **/s/ Julie Seely**

                                                              **Julie Seely**
                                                              (Joint Debtor, if any)